

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

## MOTION OF PLAINTIFF WAYNE PAUL SAYA FOR LEAVE TO AMEND MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF

Wayne Paul Saya, Sr., *pro se* ("Plaintiff") hereby declares I was the moving party on the earlier-filed "Plaintiff's Motion For Expedited Consideration For Preliminary Injunctive Relief", (Pacer 11/7/23 #2) and now respectfully moves the honorable court, pursuant to District court **LR 15.1—Motion To Amend.** The Plaintiff's 'Amended Motion For Expedited Consideration For Preliminary Injunctive Relief' was amended and here attached for the court's consideration, and regarding Plaintiff's complaint and request for preliminary injunctive relief

1

under **LR 65,** pursuant to the administration of the federal Presidential primary, to be held January of 2024, and upcoming general elections by the above-named Defendants.

<u>Whereas</u>, the Plaintiff submits; in my haste to accelerate and fast-track my Motion for Expedited Relief, I unintentionally misunderstood and misread the Federal Rules of Civil Procedure which outline the requirements for me to submit my motions to the court as a pro se litigant.

<u>Whereas</u>, I now believe I am properly following the rules governing motions by pro se litigants, and I have reviewed and separated my individual circumstances which lead me to believe that my constitutional rights as detailed in my "Amended Motion for Expedited Consideration for Preliminary Injunctive Relief" had been and continues to be violated by the named Defendants.

<u>Prayer For Relief</u>

Therefore, I ask the court to grant my motion for the reasons stated, or for any reason this court may deem fair and just.

Respectfully submitted,

SWORN TO AND SUBSCRIBED UNDER PAINS AND PENALTIES OF PERJURY THIS 17TH DAY OF NOVEMBER, 2023.

Wayne Paul Saya, Sr., Plaintiff
*In propria persona*
24 Cadogan Way
Nashua, NH 03062

# CERTIFICATE OF SERVICE

I, Wayne Paul Saya, pro se, have caused to deliver the Plaintiffs PLAINTIFF'S MOTION FOR LEAVE TO AMEND MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF; PLAINTIFF'S AMENDED MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF, AND PLAINTIFFS EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, have been served upon the following Defendants, certified mail and U.S.postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
10 Water St, Concord, New Hampshire 03301

And served upon the following Plaintiffs:

| | |
|---|---|
| Karen Testerman, Plaintiff, *pro se* | Lynn-Diane Briggs, Plaintiff, *pro se* |
| 9 Stone Avenue | 4 Golden Pond Lane |
| Franklin, New Hampshire 03235 | Amherst, New Hampshire 03031 |
| Karen@KarenTesterman.com | Lynbdance@gmail.com |
| 603-934-7111 | 603-801-6886 |

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 17th day of November, 2023.



Wayne Paul Saya, *pro se*
24 Cadogan Way
Nashua, NH 03062
Waynesaya2@gmail.com
571-220-3344 mobile