

# Merrimack County Sheriff's Office

DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

FILED - USDC -NH
2023 NOV 16 AM 10:23

## Invoice For Service: Summons and Complaint

TESTERMAN, KAREN Y.
PO BOX 36
FRANKLIN, NH 03235

Amount Due: 0.00

Invoice Number: 23-5409-CP
Invoice Date: 11/16/2023

603-934-7111

PLEASE DO NOT STAPLE CHECK - NOTE INVOICE #
TESTERMAN, KAREN Y.  vs  SCANLAN, D
Docket Number: 23-CV-499-JL-AJ

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| SCANLAN, DAVID<br>In Hand TO PAULA PENNEY, ASSISTANT TO SOS | 11/15/2023 | 01:50pm | DEPUTY FESSENDEN |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 32.43 | 32.43 |
| MISC FEES | QTY | PRICE | TOTAL |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 18.34 | 18.34 |
| COPY FOR RETURN | 1 | 1.00 | 1.00 |
| Mileage | | | 0.00 |
| Total Cost | | | 52.77 |
| Less Pre Payment: 52.77 Chk# PAYGOV | | | 52.77 |
| Grand Total For Invoice #: 23-5409-CP  Invoiced: 11/16/2023 | | | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

District of

Karen Testerman, et al
*Plaintiff(s)*

v.

David Scanlan, et al
*Defendant(s)*

Civil Action No. 23-cv-499-JL-AJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
David Scanlan
107 North Main Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov. 7, 2023
with ECF Notice attached.

DANIEL LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

NOV 08 2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-499-JL-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Scanlan
was received by me on *(date)* 11/15/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paula Penney, who is designated by law to accept service of process on behalf of *(name of organization)* NH SOS on *(date)* 11/15/23 @ 1:50 pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 34.43 for travel and $ 18.34 for services, for a total of $ 52.77.

I declare under penalty of perjury that this information is true.

Date: 11/15/23

_____
Server's signature

Ferricden Deputy
Printed name and title

MCSO
333 Daniel Webster Hwy Boscawen NH
Server's address

Additional information regarding attempted service, etc:



# Merrimack County Sheriff's Office

DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

FILED - USDC -NH
2023 NOV 16 AM 10:23

## Invoice For Service: Summons and Complaint

BRIGGS, LYNN-DIANE
4 GOLDEN POND LANE
AMHERST, NH 03031

Amount Due: 0.00

Invoice Number: 23-5391-CP
Invoice Date: 11/16/2023

603-801-6886

### PLEASE DO NOT STAPLE CHECK - NOTE INVOICE #
BRIGGS, LYNN- DIANE  vs  SCANLAN, D
Docket Number: 23-CV-499-JL-AJ

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| SCANLAN, DAVID<br>In Hand TO PAULA PENNY, ASSISTANT | 11/15/2023 | 01:50pm | DEPUTY FESSENDEN |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 32.43 | 32.43 |
| MISC FEES | QTY | PRICE | TOTAL |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 18.34 | 18.34 |
| COPY OF SUMMONS FOR RETURN | 1 | 1.00 | 1.00 |
| Mileage | | | 0.00 |
| Total Cost | | | 52.77 |
| Less Pre Payment: 52.77 Chk# PAYGOV | | | 52.77 |
| Grand Total For Invoice #: 23-5391-CP  Invoiced: 11/16/2023 | | | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-499-JL-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Scanlan
was received by me on *(date)* 11/15/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paula Penney, who is designated by law to accept service of process on behalf of *(name of organization)* NH SoS on *(date)* 11/15/23 @ 1:50pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 34.43 for travel and $ 18.34 for services, for a total of $ 52.77.

I declare under penalty of perjury that this information is true.

Date: 11/15/23

Server's signature

Fessenden     Dep't 1.
*Printed name and title*

MCSO
333 Daniel Webster Hwy, Boscawen NH
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

Karen Testerman, et al
*Plaintiff(s)*

v.                              Civil Action No. 23-cv-499-JL-AJ

David Scanlan, et al
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David Scanlan
107 North Main Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov. 7, 2023           DANIEL J. LYNCH, Clerk
with ECF Notice attached.

By: /s/ Erica DiFabio, Deputy Clerk



# Merrimack County Sheriff's Office
DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

FILED - USDC - NH
2023 NOV 16 AM 10:23

## Invoice For Service: Summons and Complaint

SAYA, WAYNE P.,, SR
24 CADOGAN WAY
NASHUA, NH 03063

| Amount Due: 0.00 |

Invoice Number: 23-5389-CP
Invoice Date: 11/16/2023

571-220-3344

PLEASE DO NOT STAPLE CHECK - NOTE INVOICE #
SAYA SR., WAYNE PAUL vs SCANLAN, D
Docket Number: 23-CV-499-JL-AJ

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| SCANLAN, DAVID | 11/15/2023 | 01:50pm | DEPUTY FESSENDEN |
| In Hand TO PAULA PENNEY - ASSISTANT SECRETARY OF STATE | | | |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 32.43 | 32.43 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 18.34 | 18.34 |
| COPY OF RETURN SUMMONS | 1 | 1.00 | 1.00 |
| Mileage | | | 0.00 |
| Total Cost | | | 52.77 |
| Less Pre Payment: 52.77 Chk# PAYGOV | | | 52.77 |
| Grand Total For Invoice #: 23-5389-CP  Invoiced: 11/16/2023 | | | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-499-JL-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Scanlan

was received by me on *(date)* 11/15/23

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paula Penney, who is designated by law to accept service of process on behalf of *(name of organization)* NH SOS on *(date)* 11/15/23 @ 1:50pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 34.43 for travel and $ 18.34 for services, for a total of $ 52.77.

I declare under penalty of perjury that this information is true.

Date: 11/15/23

Server's signature

Fernando [illegible]
Printed name and title

MCSO
353 Daniel Webster Hwy Boscawen
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

Karen Testerman, et al
Plaintiff(s)

v.

David Scanlan, et al
Defendant(s)

Civil Action No. 23-cv-499-JL-AJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David Scanlan
107 North Main Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov. 7, 2023
with ECF Notice attached.

DANIEL LYNCH, Clerk

By /s/ Erica DiFabio, Deputy Clerk