

# Merrimack County Sheriff's Office
DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600



FILED - USDC -NH
2023 NOV 16 AM 10:23

## Invoice For Service: Summons and Complaint

BRIGGS, LYNN-DIANE
4 GOLDEN POND LANE
AMHERST, NH 03031

Amount Due: 0.00

Invoice Number: 23-5390-CP
Invoice Date: 11/16/2023

603-801-6886

PLEASE DO NOT STAPLE CHECK - NOTE INVOICE #
BRIGGS, LYNN- DIANE vs AGER, C
Docket Number: 23-CV-499-JL-AJ

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| AGER, CHRIS<br>In Hand TO CHRIS ZELLON executive director | 11/15/2023 | 02:00pm | DEPUTY FESSENDEN |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 32.43 | 32.43 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 18.34 | 18.34 |
| COPY OF SUMMONS FOR RETURN | 1 | 1.00 | 1.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Mileage | | | 0.00 |
| Total Cost | | | 52.77 |
| Less Pre Payment: 52.77 Chk# PAYGOV | | | 52.77 |
| Grand Total For Invoice #: 23-5390-CP  Invoiced: 11/16/2023 | | | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

Karen Testerman, et al
*Plaintiff(s)*

v.

Chris Ager
*Defendant(s)*

Civil Action No. 23-cv-499-JL-AJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chris Ager
10 Water Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Nov. 7, 2023
with ECF Notice attached.

DANIEL LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk
11/08/2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-499-JL-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chris Ager__
was received by me on *(date)* __11/15/23__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Chris Zeller__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __NHGOP__
_____ on *(date)* __11/15/23__ ; or
                                        @ 2:00pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ __34.43__ for travel and $ __18.34__ for services, for a total of $ __52.77__ .

I declare under penalty of perjury that this information is true.

Date: __11/16/23__

_____
Server's signature

__Fessenden     Deputy__
Printed name and title

__MCSO. 333 Daniel Webster Hwy Boscawen__
Server's address

Additional information regarding attempted service, etc:



# Merrimack County Sheriff's Office

DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

FILED - USDC -NH
2023 NOV 16 AM 10:23

## Invoice For Service: Summons and Complaint

TESTERMAN, KAREN Y.
PO BOX 36
FRANKLIN, NH 03235

Amount Due: 0.00

Invoice Number: 23-5408-CP
Invoice Date: 11/16/2023

603-934-7111

PLEASE DO NOT STAPLE CHECK - NOTE INVOICE #
TESTERMAN, KAREN Y.  vs  AGER, C
Docket Number: 23-CV-499-JL-AJ

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| AGER, CHRIS<br>In Hand TO CHRIS ZELLER, executive director | 11/15/2023 | 02:00pm | DEPUTY FESSENDEN |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 32.43 | 32.43 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 18.34 | 18.34 |
| COPY FOR RETURN | 1 | 1.00 | 1.00 |
| Mileage | | | 0.00 |
| Total Cost | | | 52.77 |
| Less Pre Payment: 52.77 Chk# PAYGOV | | | 52.77 |
| Grand Total For Invoice #: 23-5408-CP  Invoiced: 11/16/2023 | | | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-499-JL-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chris Ager
was received by me on *(date)* 11/15/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chris Zeller, who is designated by law to accept service of process on behalf of *(name of organization)* NH GOP on *(date)* 11/15/23 @ 2:00pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 34.43 for travel and $ 18.34 for services, for a total of $ 52.77.

I declare under penalty of perjury that this information is true.

Date: 11/16/23

Server's signature

F Friedman - Deputy
Printed name and title

MCSO 333 Daniel Webster Hwy Boscawen
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

Karen Testerman, et al
*Plaintiff(s)*

v.

Chris Ager
*Defendant(s)*

Civil Action No. 23-cv-499-JL-AJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chris Ager
10 Water Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov. 7, 2023
with ECF Notice attached.

*CLERK OF COURT*

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk



# Merrimack County Sheriff's Office
DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

FILED - USDC -NH
2023 NOV 16 AM10:23

## Invoice For Service: Summons and Complaint

SAYA, WAYNE P.,, SR
24 CADOGAN WAY
NASHUA, NH 03063

Amount Due: 0.00

Invoice Number: 23-5388-CP
Invoice Date: 11/16/2023

571-220-3344

PLEASE DO NOT STAPLE CHECK - NOTE INVOICE #
SAYA SR., WAYNE PAUL  vs  AGER, C
Docket Number: 23-CV-499-JL-AJ

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| AGER, CHRIS<br>In Hand TO CHRIS ZELLEN, executive director | 11/15/2023 | 02:00pm | DEPUTY FESSENDEN |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 32.43 | 32.43 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 18.34 | 18.34 |
| COPY SUMMONS FOR RETURN | 1 | 1.00 | 1.00 |
| Mileage | | | 0.00 |
| Total Cost | | | 52.77 |
| Less Pre Payment: 52.77 Chk# PAYGOV | | | 52.77 |
| Grand Total For Invoice #: 23-5388-CP  Invoiced: 11/16/2023 | | | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-499-JL-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____Chris Ager____

was received by me on *(date)* __11/15/23__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ____Chris Zeller____, who is
designated by law to accept service of process on behalf of *(name of organization)* ____NH GOP____
_____ on *(date)* __11/15/23__ ; or
   @ 2:00pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ __34.43__ for travel and $ __18.34__ for services, for a total of $ __52.77__ .

I declare under penalty of perjury that this information is true.

Date: __11/16/23__

Server's signature

____Fessenden, Deputy____
Printed name and title

MCSO 333 Daniel Webster Hwy Boscawen
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

Karen Testerman, et al
*Plaintiff(s)*

v.

Chris Ager
*Defendant(s)*

Civil Action No. 23-cv-499-JL-AJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chris Ager
10 Water Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Nov. 7, 2023
with ECF Notice attached.

DANIEL J. LYNCH, Clerk
By /s/ Erica DiFabio, Deputy Clerk
NOV 08 2023