**NEW HAMPSHIRE**
**DEPARTMENT OF STATE**



September 13, 2023

TO:         City and Town Clerks and Supervisors of the Checklist

FROM:     David M. Scanlan, Secretary of State

RE:         Presidential Primary Filing Period/Registering Voters/Changing Party
            Affiliation

The filing period for the upcoming Presidential Primary has been set.   The filing period will begin at the State House on Wednesday, October 11, 2023 and end on Friday, October 27, 2023.

Supervisors of the Checklist must hold a session for correction of the checklist on **Friday, October 6, 2023** (between 7:00 – 7:30 p.m).  At your discretion you can extend the time. Notice of the day, hour, and place of this session shall be posted in 2 appropriate places, one of which shall be the city or town's Internet website, if such exists, or shall be published in a newspaper of general circulation in the city or town at least 7 days prior to the session. (September 29, 2023). RSA 654:27, 32

An updated checklist must be posted at the office of the town or city clerk or at town hall at least 10 days prior to the session.  (September 26, 2023).  RSA 654:33

**October 6th is the last time registered voters may change their party affiliation prior to the Presidential Primary.** New voters may continue to register until election day, as permitted by law.

As soon as the primary date is known, you will be immediately notified. If you have any questions, please do not hesitate to contact us at 1-800-562-4300.



EXHIBIT

*A*