

# 3,542 Democrats Switched to Independent So They Could "Interfere" in the NH Republican Primary

BY **STEVE MACDONALD** / 11 OCTOBER 2023



In New Hampshire, you can vote in either party primary if you switch your party Registration to Independent. Democrats are forever meddling, and this year, there was an enthusiastic push to do exactly that.

According to a Democrat insider, NH Dems pushed hard to get their political brethren to become Indys.

One train of thought says they will vote for Trump becasue they think he is easier to beat in the general. That's what AFP Action thinks, too. But that makes very little sense to me from an interference perspective. Even in New Hampshire, Trump is crushing the field. It is wasted meddling.

The other, more likely reason, is they plan to vote for someone like Chris Christie to give him momentum. A Never-Trumper of RINO proportion whom polls show is the most disliked candidate and for whom fewer people will vote under any circumstance than Trump.

They are, of course, Dems, so who knows what might happen in those mental-health-addled brains, but the switch is on. The Sec of State's office has released the registration numbers (the deadline for the January primary was last week), and Republicans have the edge over Dems – becasue 3,542 Democrats changed their registration to independent.



Case 1:23-cv-00499-JL-AJ   Document 8-3   Filed 11/20/23   Page 2 of 2

> 3,542 Democrats -> independents
> 719 Republicans -> independents
> 408 Democrats -> Republicans
> 78 Republicans -> Democrats
> 41 independents -> Democrats
> 132 independents -> Republicans
>
> Totals:
> 269,766 Republicans
> 265,159 Democrats
> 344,212 independents
>
> **Kevin Landrigan** @KlandriganUL
>
> Thanks to party switches, NH GOP narrowly takes over voter registration edge over Democrats for the first time since 2019, these numbers will change again after FITN. #nhpolitics
> unionleader.com/news/politics/...
>
> 7:37 AM · Oct 11, 2023
>
> ♥ 10    Reply    Copy link
>
> Read 3 replies

If you add the Dem. to Repub. switch (another 408), nearly 4,000 New Hampshire Democrats engage in election interference in the Republican Primary. We'll assume that's the plan since that is what we've heard from insiders. And why not? We let them. And Democrats in New Hampshire have no primary (they have Biden), so in a way, I'm surprised more Dems didn't switch.

Our understanding was that the pressure was high to do that. There were third-party ads on television directed at Granite Staters telling them they could switch. That's no coincidence.

And they will meddle becasue they can, but there is a hitch to all of this. You've read all the articles about the NHGOP resolution to close the Primary to anyone not registered Republican. That request was to have been sent to the Secretary of State just before the deadline.

If it has the problems claimed all along, nothing will change. If there was no issue with the request, the Primary could be closed, and all those Dems switched for nothing.

Not holding my breath, but damn, that would be funny.