

*Restoring NH's Prosperity, Principles & Responsibility*
Republican State Committee Member (NHGOP)
Chairman of the Merrimack County Republican Committee

6 October 2023
Via email

Mr. Chris Ager
Chairman, NHGOP
10 Water Street
Concord, NH 03301

Dear Mr. Chairman :

As you know, the NH Secretary of State has advised that he does not have any written permission from the NHGOP opening the primaries to Undeclared voters as required by RSA 659:14.

In the absence of such a written permission from the NHGOP, it appears that the reasonable, lawful & correct position is that the primaries start out "closed" unless and until a party gives written notice that they are to be "open."

Thus, this is my formal request that the NHGOP immediately commence suit against the Secretary of State seeking to enjoin the holding of Republican primaries open to voters who appear at the polls on primary election day registered as Undeclared; seeking a temporary restraining order and preliminary injunction to that effect pending a full trial on the merits.

That case can also examine and adjudicate any issues surrounding the language of the January 28 resolution that was passed and any possible conflict with existing laws.

Respectfully,

{|

Karen Testerman

