UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Karen Testerman, *pro se*

Lynn-Diane Briggs, *pro se*

Wayne Paul Saya, Sr., *pro se*

*Plaintiffs*

Vs

DAVID SCANLAN
SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,

*Defendants*

*Docket No. 23-cv-00499*

## DECLARATION OF WAYNE PAUL SAYA, SR.

## IN SUPPORT OF MY AMENDED MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF

I, Wayne P. Saya, Sr., *pro se* and Plaintiff in the above-entitled and numbered action, depose and submit as follows:

I am a 68-year old 30+ year inhabitant of the city of Nashua, New Hampshire; and I currently reside at 24 Cadogan Way, Nashua, NH 03062. I am for the most part retired, but on occasion I do instruct for big business and government entities on a part-time basis. I am making this statement freely and voluntarily to the best of my knowledge and belief:

1

1. My Curriculum Vitae is found attached to my Complaint as ATTACHMENT 1.

2. I have been a moderate Republican for quite a few decades, or as long as I can remember.

3. However, my party affiliation has not prevented me from voting for other party affiliations, including those candidates who support the United States defense department.

4. I have been friends with Plaintiff Karen Testerman since around 2016, where I have had many occasions during Republican Party gatherings and events.

5. I have also been friends with Lynn-Diane Briggs, who also goes by the synonym Joycelyn, where it is my understanding through our friendship that she was compelled to change her name because of violent threats made against her, due to her strong party associations and commitment to conservative values.

6. When I became aware of a letter dated October 6, 2023, authored by the Merrimack County GOP chairperson, Karen Testerman, "Plaintiff Testerman", that she sent to Defendant Chris Ager "NH-GOP", See "EXHIBIT D", I immediately realized there were major legal election implications involved, because I was familiar with the cut-off date from

2

an earlier 2019 issue regarding RSA 654:34-IV, or the state's change in registration and election laws requirement.

7. I had believed that this issue had been taken care of years ago, because the Secretary of State, "Defendant Scanlan", never received a letter from the GOP, as far as I am aware, advising of a policy change that would have the power or authority to over-ride the New Hampshire legislature's RSA 654:34 voter protections.

8. My understanding of this statute; because New Hampshire is first-in-the-nation for Presidential primaries, this law was put into effect to keep temporary cross-voting under control.

9. It has also been my understanding and belief, as certain states moved their Presidential primaries up, New Hampshire's date replied in-kind to guarantee the first-in-the-nation status, but has not moved so far as to require the legislature to warrant a change in RSA 654:34 IV.

10. It is no secret, especially with our Governor's recent celebrity on the television cable talk circuit; that there is no love-loss between our Governor and Mr. Trump. Hey, it happens in politics.

11. However, the rumblings within GOP circles is that the New Hampshire GOP was making moves to help the former President's competitors against his—for lack of a better word—popularity, in New Hampshire.

12. Usually, I let the rumor-mill take its' course until it disappears, but when I started witnessing an open disregard for decades-long Party members, and retaliatory actions forced against my friend Plaintiff Testerman and others, the rumors did not sound like rumors anymore. In fact, the complete absence of Party support for my hometown of Nashua has been outright blatant, and similar to what the town of Merrimack and Plaintiff Testerman has been and is currently going through.

13. I recently started paying more attention during pauses in my travel schedule, by speaking with a number of friends throughout the state. In-turn, I was offered to read correspondence between Plaintiff Testerman and Defendant Chris Ager, along with a number of other emails that literally turned my stomach.

14. The blatant disregard for our election laws was frightening.

15. I believed I was reading an intentional sabotage not just of the Republican Party, conducted by its' own chairman, with a member of the Executive branch of New Hampshire state government, but an intentional sabotage of the voting system I had naïvely believed was securely in place by-way of our election laws.

16. My vote was systematically being made insignificant by intentionally opening the flood-gates for voters from one party into another, like our southern border, diluting my very valued vote.

17. I was loyal to this governor, I voted for him, and his top election official, Defendant Scanlan, is having meetings with my Party's chairman on the very issue of violating New Hampshire election laws? Outragous!

18. This is the most sickening display of government abuse I have ever seen in a state I once believed was beyond this type of behavior.

19. I am asking this court to please fix whatever in our heavenly Father's name is going on in Concord, New Hampshire. Those politicians are clearly are out of control, and the material evidence is more than overwhelming which the court will soon see.

20. Because I am speaking to the court; I would suggest that the small number of exhibits offered in this action, although only a sample, reveal a blatant disregard for my individual voting rights, and for that matter, the voting rights for every voter in New Hampshire.

21. If these actions require for one Presidential cycle a nuclear option, which I provided as an option as a necessity for the relief I am seeking, then so be it.

22. I am asking this court, the guardian of my voting rights, to please restore my vote before the Presidential primary in January of 2024.

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 20TH DAY OF NOVEMBER, 2023.

*/s/ Wayne Paul Saya, Sr.*
Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile