# WP Saya & Associates, LLC

Wayne P. Saya, Sr.
## Curriculum Vitae

June 2021

**Recognized** by the 114th U.S. Congress in the 2015 Congressional Record, Vol 161, No 121, as Executive Director for the Association for Facilities Engineering, www.AFE.org which states, "…. His continued advocacy is a critical tool for engineers, mechanics, and buildings that might not otherwise have a say."

2012 to 2016: Member of the High-Performance Building Congressional Caucus Coalition (HPBCCC), a private sector coalition overseen by the Government Services Administration (GSA) providing guidance and support to the High-Performance Building Caucus of the U.S. Congress.

**Inventor** - 1980 U.S. Patent, No. 4,234,874, incorporates pioneered frequency-hopping technology. Wireless and jam-proof technologies incorporated into life safety systems.

**Author** of *The Art of Understanding Your Building's Personality,* a 2020 Archway Publication from the Simon & Schuster Company.
Link to Video: https://www.youtube.com/watch?v=FCb7qEhadHk

**Executive of the Year (2012)** – United Group Limited (UGL Services), Technical Operations in Energy and Sustainability – The book of WHO'S WHO, 16th Edition, Pg. 793. *Page attached*

**New England Successes** – 2018 – Authored federal OSHA complaint (No.1340109) concerning serious life safety hazards at the Radisson Hotel, Nashua, NH, (AFP 105 Corporation). OSHA found 5 conditions to be serious and 3 conditions other than serious. *OSHA Response attached.* City of Nashua Building Dept reviews located in Public Domain media-sites linked here: https://www.ripoffreport.com/reports/nashua-radisson-hotel/nashua-new-hampshire-03062/nashua-radisson-hotel-radisson-hotel-group-rhg-afp-105-corporation-was-fired-in-an-1472254

September 17, 2017 – Authored the 20-page Facilities Labor Needs Analysis (FLNA) Facilities Engineering Review of the 62-story Boston John Hancock Tower for Owner Boston Properties. *Report available*

January 17, 1992 – Representing licensed refrigeration/HVAC technicians in Massachusetts; testified at Massachusetts State legislature hearing and later successfully negotiated through Representative Paul Caron, Chairman, Committee on Public Safety, to *exempt* professional facilities maintenance employees from a new

---

WP Saya & Associates, LLC                                          24 Cadogan Way
Email: Wayne@WPSaya.com                                            Nashua, NH 03062

Page 2-

Massachusetts Sprinkler-Fitters license law. Bureau of Pipefitters, Refrigeration Technicians and Sprinkler-fitters accepted the exemption. *Letter attached*

**International Assistance -** September 2016 - Invited as a visiting expert to tour a number of above and below-ground hospital facilities within the State of Israel, guided by a former member of the Israel Ministry of Defense (IMOD), and business associate Dr. Stefan Deutsch. Dr. Deutsch previously functioned as the IMOD Director of International Programs and Cooperation in the Directorate of Defense Research and Development (DDR&D).

**Areas of Expertise**

- Property and Facilities Operations
- Plant and Facilities Engineering
- Building and Facilities Management
- Building and Facilities Maintenance
- Indoor Air-Quality & Filtration Studies
- Energy Efficiency in Buildings
- National & International Building Codes and Standards
- National Life Safety Codes and Standards
- State Administrative Procedures
- Rule-making with the U.S. Administrative Procedures Act and Code of Federal Regulations.

**Expertise in Building & Facilities Education**

- Co-author and editor of the 'Certified Professional Maintenance Management' (CPMM) national and international certification program of the Association for Facilities Engineering.

- Instructor for the Certified Professional Maintenance Management (CPMM), certification class and the Certified Plant Engineer (CPE) certification class.

- 2010-2016 - Certified Professional Maintenance Manager (CPMM) instructor for the Army Career and Alumni Program (ACAP) at Fort Bragg, North Carolina. Certified over 600 soldiers and airmen during this period.
  * Letter of commendation provided by Deputy Garrison Commander, Justin Mitchell, February 20, 2015.

Page 3-

**Qualifications**

- Certified Plant Engineer (National CPE No.3717)
- Certified Professional Maintenance Manager (CPMM)
- Federal Certification in Fire & Security Systems – No. 958-822
- Joint Commission on Accreditation of Healthcare Organizations (JCAHO), Certification in Maintenance Performance Standards.
- Occupational Safety and Health Administration (OSHA) General Industry Certification.
- Massachusetts Refrigeration (HVAC) Technician's License – No. 16316 Current
- Massachusetts 2nd Class Fireman's License – No. 19223 Expired/Not Renewed
- Massachusetts Master Technicians License – Expired/Not Renewed
- Nationally Certified Advanced locksmith

**Work Experience**

***SUSTAP* – 2017 - Present**

Executive Vice President – Part-time - Facilities Maintenance & Engineering Services & Multi-Management Support. Proprietary Facilities Training and Certification in Facilities-Profiling®.  SUSTAP Bio: http://www.sustap.com/seniormanagement.html

***Association for Facilities Engineering (AFE)* – 2012 – 2017**

Executive Director – Chief executive of a professional membership organization serving all professionals working in the built environment and to ensure the optimal operation of high-rise commercial real estate, industrial plants, classified and non-classified government facilities, campuses of higher education, and medical centers around the world.

***Association for Facilities Engineering (AFE)* – 2010 – 2012**

Chairman of the Board – Working as the chief executive of the organization; meeting with the organization's executive committee and regional vice presidents to establish a regional needs-analysis for infrastructure and built environments, while working in concert with members of the U.S. congress to interpret national needs into legislation for the built environments within the country.

Page 4 -

**Indoor Air Quality (IAQ) Recognition**

Air-filtration experience has provided for the protection of federal government occupants within facilities such as the 1.8 million square-foot Government Accountability Office (GAO) building and the 2.8-million square foot headquarters buildings of the International Monetary Fund, both prior accounts located in Washington, DC, and were among dozens of specialized facilities projects I have technically directed in my career.

In January, 2015, authored national article within the *Association for Facilities Engineering Journal* magazine, a national and global publication, entitled: Buildings, Biohazards and Ebola. This was an article that explained air-filtration and the hazards of various air-born particle sizes that describes the MERV[1] and HEPA particle-size reporting values.[2]

In 2006, the Boston campus of Tufts University, Jaharis building, received the National Air Filtration Association's (NAFA) national Clean Air Award, a bio-safety level 3 facility I assisted in commissioning and managed among many of the Boston Tufts University campus facilities, from 2011-1016. The award recognizes leadership and excellence in air filtration.[3]

**Education**

Higher education shortly after amassing undergraduates' degree using credits from a number of colleges and higher education institutions; that included Wentworth Institute of Technology, Boston, MA; the University of Massachusetts, Boston, MA, and Bunker Hill Community College, Chelsea, MA. Technical education and additional higher education credits came from the following:

- 1974-78 – Belsaw Institute, Advanced Professional Locksmithing and Electronic and Mechanical Safety and Security systems & apparatus - Certification
- 1975-79: National Radio Institute, Washington, DC
  Electronic design engineering – Certification
- 1977-78 – Massachusetts Institute of Technology (MIT) – Visiting Understudy.
- 1986 – University of Massachusetts, Sociology Studies – 'Our Legal System'.
- 1987-88: Peterson's School of Engineering, Woburn, MA

---

[1] MERV – Minimum Efficiency Reporting Value
[2] Archive LINK: http://digital.graphcompubs.com/publication/?i=240725&ver=html5
[3] Also scroll down 19-pages using LINK: https://www.nafahq.org/nafa-programs/nafa-clean-air-award-program/

Page 5 -

Second Class Fireman & Boiler Operations - Certification

- 1989-90: Peterson's School of Engineering, Woburn, MA
- HVAC & Refrigeration – Certification
- 1990: Certified Plant Engineering (CPE) – National/International Certification
- 1992: Certified Professional Maintenance Manager (CPMM) – National/International Certification.
- 2004 – Northeastern University School of Real Estate – Certification for Massachusetts Real Estate License

**Project-Related Publications** (Available for inspection)

- America On-Line (AOL), campus - McLean, VA
- Asurion, Nashville, TN – 21 nation-wide Data Centers
- Bond/Concordia Hotel (Owned by the International Monetary Fund (IMF), Washington, DC.
- Boston Properties – Prudential Center and Hancock Tower Complexes – Labor Needs Analysis and operational equipment review.
- Ciba Vision, Georgia - Manufacturing campus
- Drexel University, Philadelphia, PA campus
- Government Accountability Office (GAO) Washington, DC
- GSA IRS Farmers Branch facility, Texas - Government Building review
- International Monetary Fund, Washington, DC – Overall facilities review of headquarters bldgs. 1 and 2.
- Longwood University, Farmville, Virginia
- Palmer Trinity School, Miami Lakes, Florida – Campus review
- State Street Bank Boston headquarters portfolio
- Toyota Motor Sales, USA, 8,180-acre Stanford campus, California
- Tufts University Boston M&V campus)
- Wyeth Pharmaceutical, (Pfizer) Puerto Rico (2 Manufacturing Sites Isla Verda Carolina' and Guayama)

Page 6 -

- Unilever, Baltimore, MD (25 Acre manufacturing)
- Science Application International Corporation (SAIC) McLean, VA and Columbia, MD
- Verizon - 4,300 Building national portfolio, including the Energy Management and truck fleet Portfolio.

---