# CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., Plaintiff, *pro se*, have caused to deliver the named DECLARATION OF WAYNE PAUL SAYA, SR. IN SUPPORT OF MY AMENDED MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF, and the foregoing documents have been served upon the following Defendants and Plaintiffs, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
10 Water St, Concord, New Hampshire 03301

And served upon the following Plaintiffs:

| | |
|---|---|
| Karen Testerman, Plaintiff, *pro se* | Lynn-Diane Briggs, Plaintiff, *pro se* |
| 9 Stone Avenue | 4 Golden Pond Lane |
| Franklin, New Hampshire 03235 | Amherst, New Hampshire 03031 |
| Karen@KarenTesterman.com | Lynbdance@gmail.com |
| 571-220-3344 mobile | 603-801-6886 |

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 20th day of November, 2023.

*/s/ Wayne Paul Saya, Sr.*

Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile