## CERTIFICATE OF SERVICE

I, Wayne Paul Saya, pro se, have caused to deliver the named Plaintiff's PROTECTIVE ORDER GOVERNING CONFIDENTIAL DOCUMENTS AND INFORMATION, and ATTACHMENT "A" - ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND, and the foregoing documents have been served upon the following Defendants and Plaintiffs, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
10 Water St, Concord, New Hampshire 03301

And served upon the following Plaintiffs:

| Karen Testerman, Plaintiff, *pro se* | Lynn-Diane Briggs, Plaintiff, *pro se* |
|---|---|
| 9 Stone Avenue | 4 Golden Pond Lane |
| Franklin, New Hampshire 03235 | Amherst, New Hampshire 03031 |
| Karen@KarenTesterman.com | Lynbdance@gmail.com |
| 603-934-7111 | 603-801-6886 |

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 17th day of November, 2023.

*/s/ Wayne Paul Saya, Sr.*

Wayne Paul Saya, *pro se*
24 Cadogan Way
Nashua, NH 03062
Waynesaya2@gmail.com
571-220-3344 mobile