# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

## MOTION OF PLAINTIFF LYNN-DIANE BRIGGS FOR LEAVE TO AMEND MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF

Lynn-Diane Briggs, *pro se* ("Plaintiff") hereby declare that my earlier filed motion, entitled "Plaintiff's Motion For Expedited Consideration For Preliminary Injunctive Relief", (Pacer 11/7/23 #2) was filed improperly. Whereas, I now respectfully move the honorable court, pursuant to District court **LR 15.1—**<u>Motion To Amend</u>. The Plaintiff's 'Amended Motion For Expedited Consideration For Preliminary Injunctive Relief' as now amended and here attached for the court's consideration, and as also stipulated as Plaintiff's request for preliminary injunctive relief under **LR 65.** This motion is directly related to the Plaintiff's Complaint regarding the administration of the federal Presidential primary, to be held January of 2024, and upcoming general elections by the above-named Defendants.

<u>Whereas</u>, I believe that I am now properly following the rules governing motions by pro se litigants, and have reviewed and separated my individual circumstances which lead me to believe that my constitutional rights as detailed in my "Amended Motion for Expedited Consideration for Preliminary Injunctive Relief" had been and continues to be violated by the named Defendants.

<u>Prayer For Relief</u>

Therefore, I ask the court to grant this motion for the reasons stated, or for any reason this court may deem fair and just.

Respectfully submitted,

SWORN TO AND SUBSCRIBED UNDER PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF NOVEMBER, 2023.

*[signature: Lynn-Diane Briggs]*

Lynn-Diane Briggs, *pro se*
Plaintiff
4 Golden Pond Lane
Amherst, NH 03031

## CERTIFICATE OF SERVICE

I, Lynn-Diane Briggs, pro se, have caused to deliver the Plaintiffs PLAINTIFF'S MOTION FOR LEAVE TO AMEND MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF; PLAINTIFF'S AMENDED MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF, AND PLAINTIFFS EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, have been served upon the following Defendants and Plaintiffs, certified mail and U.S.postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
10 Water St, Concord, New Hampshire 03301

And served upon the following Plaintiffs:

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
603-934-7111

Wayne Paul Saya, Sr., Plaintiff, *pro se*
24 Cadogan Way
Nashua, New Hampshire 03062
waynesaya2@gmail.com
571-220-3344 mobile

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 20th day of November, 2023.

*[signature: Lynn-Diane Briggs]*

Lynn-Diane Briggs, *pro se*
Plaintiff
4 Golden Pond Lane
Amherst, NH 03031
Lynbdance@gmail.com