From: **Karen** karen@karentesterman.com
Subject: **Email**
Date: **Oct 12, 2023 at 8:58:05 PM**
To: **Lynn Briggs** lynbdance@gmail.com

**See below**

From: David Scanlan <David.Scanlan@SOS.NH.GOV>
Sent: Monday, October 9, 2023 11:24 AM
To: Norman J Silber <njs@silbersnh.com>
Cc: Orville Fitch <Orville.Fitch@sos.nh.gov>; Chris Ager <chrisager@aol.com>
Subject: RE: RSA 659:14 & 91-A

Good morning Norm,

In response to your RSA 91-A request my office has not been able to locate any "written notice" of a Republican State Party rule change relative two which voters can participate in a New Hampshire primary election.

The current practice of permitting undeclared voters to declare affiliation with the Republican Party and then change back to undeclared or remain in the party after voting has been in place for decades. For me to administer a change related to participation in a party primary would require written notice of a rules change from the party chair.

Sincerely,
Dave


EXHIBIT B