Case 1:23-cv-00499-JL-AJ   Document 10-6   Filed 11/20/23   Page 1 of 1

11/7/23, 11:20 AM                3,542 Democrats Switched to Independent So They Could "Interfere" in the NH Republican Primary - Granite Grok





# 3,542 Democrats Switched to Independent So They Could "Interfere" in the NH Republican Primary

BY **STEVE MACDONALD** / 11 OCTOBER 2023



In New Hampshire, you can vote in either party primary if you switch your party Registration to Independent. Democrats are forever meddling, and this year, there was an enthusiastic push to do exactly that.

According to a Democrat insider, NH Dems pushed hard to get their political brethren to become Indys.

One train of thought says they will vote for Trump becasue they think he is easier to beat in the general. That's what AFP Action thinks, too. But that makes very little sense to me from an interference perspective. Even in New Hampshire, Trump is crushing the field.  It is wasted meddling.

The other, more likely reason, is they plan to vote for someone like Chris Christie to give him momentum. A Never-Trumper of RINO proportion whom polls show is the most disliked candidate and for whom fewer people will vote under any circumstance than Trump.

They are, of course, Dems, so who knows what might happen in those mental-health-addled brains, but the switch is on. The Sec of State's office has released the registration numbers (the deadline for the January primary was last week), and Republicans have the edge over Dems – becasue 3,542 Democrats changed their registration to independent.

