FILED - USDC -NH
2023 NOV 21 AM 11:46

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya,** *pro se*

Plaintiffs

Vs

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

Defendants

Docket No.23-cv-00499-JL-AJ

## MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE, BY RECOGNIZING PLAINTIFF KAREN TESTERMAN WILL NOT BE REQUESTING A PROTECTIVE ORDER GOVERNING CONFIDENTIAL DOCUMENTS AND INFORMATION.

I, Karen Testerman, *pro se* ("Plaintiff") hereby requests the court to take "Judicial Notice" in recognizing; that I will not be seeking a "Protective Order Governing Confidential Documents and Information" as fellow Plaintiffs have in the above-named and numbered action have requested.

<u>Whereas</u>, I have been vetted by the public at-large as a candidate for Governor of New Hampshire on three occasions; have been a candidate in New Hampshire for the New Hampshire House, and held a number of political positions.

Therefore, for me to motion the court for a "protective order" would provide no known relief for me or as a Plaintiff in this action.

Respectfully submitted,

1

SWORN TO AND SUBSCRIBED UNDER PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF NOVEMBER, 2023.

*Karen Testerman*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
603-934-7111

## CERTIFICATE OF SERVICE

I, Karen Testerman, *pro se*, have caused to deliver the Plaintiff's MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE, RECOGNIZING PLAINTIFF KAREN TESTERMAN WILL NOT BE REQUESTING A PROTECTIVE ORDER., have been served upon the following Defendants, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
10 Water St, Concord, New Hampshire 03301

And served upon the following Plaintiffs:

Wayne Paul Saya, Sr., Plaintiff, *pro se*
24 Cadogan Way
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 21st day of November, 2023.

*Karen Testerman*

Karen Testerman, *Plaintiff, pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
603-934-7111