USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Karen Testerman, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-499-JL-AJ |
| NH Secretary of State, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chris Ager, New Hampshire Republican State Committee   .

Date:   11/21/2023

/s/ Bryan K. Gould
*Attorney's signature*

Bryan K. Gould, NH Bar #8165
*Printed name and bar number*

Cleveland, Waters and Bass, P.A., 2 Capital Plaza,
P.O. Box 1137, Concord, NH 03302-1137

*Address*

gouldb@cwbpa.com
*E-mail address*

(603) 224-7761
*Telephone number*

(603) 224-6457
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Brendan A. O'Donnell, Esq.

Conventionally Served:   By email and US Mail

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue, Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane, Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com) 24 Cadogan Way, Nashua, NH 03062

11/21/2023
Date

/s/ Bryan K. Gould
Signature