USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Karen Testerman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-499-JL-AJ |
| NH Secretary of State, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chris Ager, New Hampshire Republican State Committee                                                    .

Date:       11/21/2023                                            /s/ Jacob M. Rhodes
                                                                                           *Attorney's signature*

                                                                          Jacob M. Rhodes, NH Bar #274590
                                                                          *Printed name and bar number*

                                                          Cleveland, Waters and Bass, P.A., 2 Capital Plaza,
                                                                 P.O. Box 1137, Concord, NH 03302-1137

                                                                                                   *Address*

                                                                            rhodesj@cwbpa.com
                                                                                          *E-mail address*

                                                                               (603) 224-7761
                                                                                     *Telephone number*

                                                                               (603) 224-6457
                                                                                         *FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Brendan A. O'Donnell, Esq.


Conventionally Served:   By email and US Mail

Karen Testerman (karen@karentesterman.com)                    Lynn-Diane Briggs (lynbdance@gmail.com)
9 Stone Avenue, Franklin, NH 03235                                      4 Golden Pond Lane, Amherst, NH 03031
                    Wayne Paul Saya, Sr. (waynesaya2@gmail.com) 24 Cadogan Way, Nashua, NH 03062


| 11/21/2023 | /s/ Jacob M. Rhodes |
|---|---|
| Date | Signature |