FILED - USDC -NH
2023 NOV 27 PM 2:50

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

Karen Testerman, *pro se*

Lynn-Diane Briggs, *pro se*

Wayne Paul Saya,Sr.,*pro se*

*Plaintiffs*

Vs

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

**MOTION OF "KAREN TESTERMAN " FOR THE COURT TO WAIVE RULE 6 TIME REQUIREMENTS FOR DEFENDANTS TO FILE THEIR ANSWER TO PLAINTIFF'S COMPLAINT.**

Karen Testerman, *pro se*, requests that the honorable court, to Waive the Defendant's Time Requirements for Filing Their Answer to the Plaintiff's Complaint in accordance with Fed R. Civ P. 6(B)(1) Extending Time, where the court may for good cause extend the time.

<u>Whereas</u>, the Plaintiff's Complaint requires/demands relief before the January 23rd, 2024 Presidential Primary Election, and Plaintiff asks the court, in the interest of time, for scheduling the Plaintiff's Motion for Preliminary Injunctive Relief.

<u>Therefore</u>, I pray the court will grant this motion, in the interest of justice, or for any reason this court may deem fair and just.

Respectfully submitted &

SWORN TO UNDER PAINS & PENALTIES OF PERJURY THIS 27TH, DAY OF NOVEMBER, 2023.


*Karen Testerman*

Karen Testerman, Plaintiff, pro se
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@karentesterman.com
603-721-9933

## CERTIFICATE OF SERVICE

I, Karen Testerman, pro se, have caused to deliver the named Plaintiff's MOTION OF "KAREN TESTERMAN " FOR THE COURT TO WAIVE RULE 6 TIME REQUIREMENTS FOR DEFENDANTS TO FILE THEIR ANSWER TO PLAINTIFF'S COMPLAINT, and the foregoing documents have been served upon the following Defendants and Plaintiffs, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
ATTENTION: Attorney Bryan K. Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza
Concord, NH 03302-1137

And served upon the following Plaintiffs:

Lynn-Diane Briggs, Plaintiff, pro se
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

Wayne Paul Saya, Plaintiff, pro se
24 Cadogan Way
Nashua, NH 03062
waynesaya2@gmail.com
571-220-3344 mobile

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 27th day of November, 2023.

*Karen Testerman*

Karen Testerman, Plaintiff, pro se
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@karentesterman.com
603-721-9933