FILED - USDC -NH
2023 NOV 27 PM 2:50

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya,Sr.,** *pro se*

*Plaintiffs*

Vs

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

**MOTION OF "KAREN TESTERMAN" FOR EXTENSION OF TIME TO FILE MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF, WITH SWORN DECLARATION**

Karen Testerman, *pro se* hereby moves this honorable court, pursuant to Fed R. Civ P. 6(b) Extending Time, and Rule 7, *Pleadings Allowed; Form of Motions and Other Papers,* to file untimely or late my Request for Expedited Treatment under LR 7.1(f) for my <u>Motion for Preliminary Injunctive Relief</u>, accompanied with my sworn Declaration, pursuant to LR 65.

<u>Whereas</u>, I am mindful that the court may be waiting for my motion filings in order to move for the requested relief within my complaint.

<u>Whereas</u>, because of the importance of this action and the state-wide and national implications my motion for emergency injunctive relief may have, I have been very careful and detailed in the preparation of the above-named motion.

1

Whereas, the holiday season and the closing of the law library has also caused me delays, in my attempts to meet the court's expectations for me as a *pro se* litigant.

<u>Therefore</u>, I pray for the court's understanding in not having my emergency motion with my complaint, where I intend to have the above-name motion and declaration filed with this court within the next 72-hours.

Respectfully submitted &

SWORN TO UNDER PAINS & PENALTIES OF PERJURY THIS 27TH, DAY OF NOVEMBER, 2023.

*Karen Testerman*
Karen Testerman, Plaintiff, pro se
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

## CERTIFICATE OF SERVICE

I, Karen Testerman, *pro se*, have caused to deliver the named Plaintiff's MOTION OF "KAREN TESTERMAN" FOR EXTENSION OF TIME TO FILE MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF, WITH SWORN DECLARATION, and the foregoing documents have been served upon the following Defendants and Plaintiffs, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
ATTENTION: Attorney Bryan K. Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza
Concord, NH 03302-1137

And served upon the following Plaintiffs:

| | |
|---|---|
| Lynn-Diane Briggs, Plaintiff, *pro se* | Wayne Paul Saya, Plaintiff, *pro se* |
| 4 Golden Pond Lane | 24 Cadogan Way |
| Amherst, New Hampshire 03031 | Nashua, NH 03062 |
| Lynbdance@gmail.com | waynesaya2@gmail.com |
| 603-801-6886 | 571-220-3344 mobile |

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 27th day of November, 2023.

*/s/ Karen Testerman*

Karen Testerman, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886