# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

Karen Testerman, *pro se*

Lynn-Diane Briggs, *pro se*

Wayne Paul Saya, Sr., *pro se*

*Plaintiffs*

*Vs*

DAVID SCANLAN
SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,

*Defendants*

*Docket No. 23-cv-00499*

**PLAINTIFF "KAREN TESTERMAN" EXHIBITS IN SUPPORT OF AMENDED MOTION FOR EXPEDITED PRELIMINARY INJUNCTIVE RELIEF AND PLAINTIFF'S DECLARATION IN SUPPORT OF SAID AMENDED MOTION**

**EXHIBITS**

- A   Memorandum dated September 13, 2023, from Defendant David Scanlan, Secretary of State for New Hampshire, To: City and Town Clerks an Supervisors regarding the Presidential filing period and changing party affiliations.

- B   Email dated October 9, 2023, from Defendant David Scanlan, Secretary of State for New Hampshire regarding attorney Norman Silber's request for information on permitting undeclared voter change in party affiliations.

C    New Hampshire news article: "3,542 Democrats Switched to Independent So They Could "Interfere" in the NH Republican Primary"

D    Letter on letterhead from Plaintiff Karen Testerman to Defendant Chris Ager requesting injunctive relief from Defendant David Scanlan, NH Sec of State, Republican primaries open to voters registered as undeclared.

E    NH-GOP Annual Meeting, January 28, 2023, With Resolution No.2 Re: Primary Elections Restriction.

F    K. Testerman Letter Dated October 5, 2023 To Plaintiff Chris Ager. U.S Postal Return Receipts.

G    K. Testerman Email Dated October 5, 2023 To Plaintiff Chris Ager and Answer By C.Ager To K. Testerman.

H    K.Testerman Letter Dated October 6, 2023 To Plaintiff Chris Ager.

I.    October 11, 2023 New Hampshire Bulletin News Article.

SWORN TO AND SUBSCRIBED THIS 1ST DAY OF DECEMBER, UNDER PAINS & PENALTIES OF PERJURY.

*[signature: Karen Testerman]*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@karentesterman.com
603-721-9933

## CERTIFICATE OF SERVICE

I, Karen Testerman, *pro se*, have caused to deliver the named Plaintiff's MOTION OF "KAREN TESTERMAN " PLAINTIFF'S EXHIBITS IN SUPPORT OF AMENDED MOTION & MEMORANDUM FOR EXPEDITED PRELIMINARY INJUNCTIVE RELIEF AND PLAINTIFF'S DECLARATION IN SUPPORT OF SAID AMENDED MOTION, and the foregoing documents have been served upon the following Defendants and Plaintiffs, certified mail or U.S. postage pre-paid:

David Scanlan, Defendant
ATTN: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
ATTENTION: Attorney Bryan K. Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza
Concord, NH 03302-1137

And served upon the following Plaintiffs:

Lynn-Diane Briggs, Plaintiff, pro se
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

Wayne Paul Saya, Plaintiff, pro se
24 Cadogan Way
Nashua, NH 03062
waynesaya2@gmail.com
571-220-3344 mobile

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 1ST day of December, 2023.

*/s/ Karen Testerman/*

Karen Testerman, Plaintiff, pro se
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@karentesterman.com
603-721-9933