*Resolution #1*

## Debt Limit Resolution for adoption at the NH GOP Annual Meeting, January 28, 2023

Contact: Jim Rubens, NHGOP member, (603) 359-3300, JimRubens@gmail.com

**Cosponsors**

| | |
|---|---|
| Rep. Harry Bean, Gilford | Rep. David Love, Derry |
| Rep. J.D. Bernardy, South Hampton | Rep. Dan McGuire, Epsom |
| Diane Bitter, Portsmouth | Richard Merkt, Westmoreland |
| Chris Buda, Nashua | Bruce Perlo, Franconia |
| Eli Clemmer, Berlin | Rep. Terry Roy, Deerfield |
| Alan Forbes, Portsmouth | Sen. Jim Rubens, Hanover, sponsor |
| Rep. Mike Harrington, Strafford | |

**Whereas:**

1. The 1979 dollar is now worth 21 cents. National debt was $845 billion in 1979 and is now $31.4 trillion and is projected to increase by over $1 trillion each year. Runaway national debt is swamping the federal budget with debt service, the economy with protracted high inflation, and threatening general prosperity, social stability, national security, and the reserve-currency status of the U.S. dollar.

2. Despite decades of intense effort to elect "better" candidates, Congress has repeatedly failed by statutory means to curb its debt addiction. Since 1979, Congress has also repeatedly failed to approach the two-thirds majority needed to pass a fiscal responsibility amendment.

3. Article V of the U.S. Constitution provides a second and equally valid method by which the states can propose and ratify amendments. Article V reads, in relevant part, "on the Application of the Legislatures of two thirds of the several States, [Congress] shall call a Convention for proposing Amendments, which shall be valid as part of this Constitution, when ratified by three fourths of the several States."

4. Thirty-four (34) states are needed to trigger a convention call by Congress, and 38 are needed to ratify any proposed amendment. Once 34 states have submitted same-subject applications, Congress becomes subject to a non-discretionary ministerial obligation to specify a date and location for a convention.

5. HCR8, passed by the New Hampshire legislature in 1979, made our state one of 39 having valid applications for a convention limited to the subject of federal fiscal responsibility (when combined with then-unrescinded "plenary" i.e., unlimited state applications). The New Hampshire legislature rescinded its application in 2010 and readopted a fiscal responsibility application in 2012 via HCR40.

6. From 1979 to date, Congress has failed to count applications and to call an amending convention as required by the Constitution.

7. Multiple safeguards exist to ensure that an amending convention does not "runaway" and adheres to the states' combined applications limiting the subject matter to fiscal responsibility. To strengthen these safeguards, the legislature is now considering HCR1 and HB269.

8. To compel Congress to count applications and to call an amending convention, several states' Attorneys General are now considering Writ of Mandamus filings. This multi-state initiative is being led by former U.S. Comptroller General David Walker and former Virginia Attorney General Ken Cuccinelli.

9. Because no lead state has yet filed and because New Hampshire would have unambiguous standing, our state has the historic opportunity to be lead plaintiff and to lead our nation in adding our hugely successful governing philosophy of fiscal responsibility to the US Constitution.

**Resolved:**

We respectfully urge Governor Sununu to advise the New Hampshire Attorney General to file a Mandamus to require Congress to adhere to the provisions of Article V of the U.S. Constitution call a Convention for proposing Amendments limited to the subject of federal fiscal responsibili


EXHIBIT E

Resolution #2

## RESOLUTION TO RESTRICT THE PRIMARIES TO REGISTERED REPUBLICANS

**Whereas** the Republican Party is a private organization whose membership choses their nominees during the primary election;

**Whereas** registered "undeclared" voters can influence the outcome of the nominations;

**Whereas** sufficient time exists for a voter to declare their party affiliation prior to the day of voting;

**Whereas** the Revised Statute Annotated 659:14 clearly states "…if the rules of a party permit a person who is registered as an undeclared voter to vote in the party's primary…."; and

**Whereas** the Secretary of State, David Scanlon, stated in communications "the political parties determine who can participate in their primary" now, therefore, be it:

**Resolved: that**

1. the Republican State Committee adopts the rule that only voters who register as Republicans 30 days prior to the primary election day may receive and mark a Republican ballot for the primary election;

2. the party chairman notifies the secretary of state in writing prior to the filing period for state offices that the Republican Party of New Hampshire has adopted the rule that only voters registered as Republicans prior to any primary election may receive a Republican ballot;

3. pursuant to RSA 659:14 II, the secretary of state shall include on the voter instruction cards required by RSA 658:28 that the Republican Party of New Hampshire has adopted a rule that does not allow a person who is registered as an undeclared voter to vote in the party's primary;

4. instructs the Secretary of State for the state of New Hampshire that any voter requesting an absentee ballot for the Primary election must be registered as a Republican 30 days prior to submitting a request for a Republican absentee ballot; and

5. urges the Secretary of State to adjust all voting materials to reflect this requirement for prior registration to receive a Republican ballot for the Primary election.

Mover: Karen Testerman, 603-721-9933

Seconders: Omer J. Ahern, Jr. Jose Cambrils Dave Rivers Joe Abasciano Dave Testerman Tricia Jorgensen Eli Clemmer Cathy Qi Eddie Qi Gary Whitehall Alyssa Ehl


EXHIBIT E 2