


*Restoring NH's Prosperity, Principles & Responsibility*

Republican State Committee Member (NHGOP)
Chairman of the Merrimack County Republican Committee

5 October 2023
Via email and Certified Mail

Mr. Chris Ager
Chairman, NHGOP
10 Water Street
Concord, NH 03301

Dear Mr. Ager:

As you know, at the 2023 annual meeting of the NHGOP held on January 28, 2023, the attached resolution closing the primaries to all but registered Republicans was formally adopted by the body consisting of the required quorum of members of the NHGOP state committee.

As you must also know, there is absolutely no distinction between a "Resolution" and a "By-Law" provision contained in the governing documents of the NHGOP.

Thus, it was your duty under the provisions of NH RSA 669:14-II to give written notice to the NH Secretary of State of the adoption of this resolution, but it is understood that you have not done so.

Additionally, the Bylaw Committee contacted me via phone stating that the amendment submitted should be a resolution. Further they requested that I withdraw the bylaw amendment. Now in your correspondence with others you are stating that this resolution should be a bylaw. I am confused as to which process is correct.

Further, it is my understanding that there has not been any "rule" adopted by the NHGOP that would permit "a person who is registered as an undeclared voter to vote in the party's primary" as described in RSA 669:14-II.

P.O. Box 3874 • Concord • New Hampshire • 03302



EXHIBIT F

Thus, this is a formal demand that you comply with your duties a chairman of the NHGOP and send formal written notice to the NH Secretary of State of the adoption of the attached resolution by which the party primaries of the NHGOP must be closed and reaffirm that the NHGOP has never adopted any rule that would permit a person who is registered as an undeclared voter to vote in the party's primary.

Very truly yours,

Karen Testerman

Attached- Copy of Adopted Resolution
Copy w/enclosure to Honorable David Scanlon, NH Secretary of State, via email and Certified mail



EXHIBIT F2

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHRIS AGER
   NHGOP
   10 WATER ST.
   CONCORD, NH 03301

   9590 9402 5878 0038 0616 35

2. Article Number (Transfer from service label)

   7022 2410 0002 4741 7362

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Phillip Tussc
C. Date of Delivery: 10/10/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Scanlan
   Secretary of State
   107 Main St.
   Concord, NH 03301

   9590 9402 8176 3030 1805 64

2. Article Number (Transfer from service label)

   7022 2410 0002 4741 7355

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Tasha Meethews ☑ Agent ☐ Addressee

B. Received by (Printed Name): Tasha Mathews
C. Date of Delivery: 10/10/2023

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**EXHIBIT F3**