**Subject: Re: Closing the Primary**
**Date:** October 6, 2023 at 07:29:21 PDT
**To:** MCRC Chairman <mcrcchairman@gmail.com>
**Cc:** "david.scanlan@sos.nh.gov" <david.scanlan@sos.nh.gov>

Karen,

I reiterate what I told you in February 2023 after investigating the Resolutions implementation with the Secretary of State. The Resolution violates state law and cannot be adopted.

My suggestion is to bring forth a By-Law on January 13, 2024 that complies with State Law for consideration and critical analysis of the impact. A passed by-law would be binding. I will help you through the process as desired to ensure the activity meets required standards.

Thank You.

Chris Ager

On Thursday, October 5, 2023 at 04:40:14 PM EDT, MCRC Chairman <mcrcchairman@gmail.com> wrote:

Dear Chairman Ager,

Please find enclosed my concern regarding the decision of the State Party to close the primary.

Sincerely,

Karen Testerman
Chairman
Merrimack County Republican Committee
karen@karentesterman.com
(603) 721-9933 http://www.merrimackcountygop.com

I am only one, but still I am one.
I cannot do everything but still I can do something;


EXHIBIT G