

*Restoring NH's Prosperity, Principles & Responsibility*
Republican State Committee Member (NHGOP)
Chairman of the Merrimack County Republican Committee

6 October 2023
Via email

Mr. Chris Ager
Chairman, NHGOP
10 Water Street
Concord, NH 03301

Dear Mr. Ager:

As a follow up to my letter of 5 October 2023, please note that RSA 659:14 II appears to reinforce Resolution #2 passed by the NHGOP on 28 January 2023. Specifically "II. The secretary of state shall include on the voter instruction cards … whether **a party rule has been adopted which permits a person** who is registered as an undeclared voter to vote in the party's primary. The party chairman shall notify the secretary of state in writing prior to the filing period for state offices whether the party has adopted such a rule."

This begs the question, has the NHGOP ever issued such a written notification to the secretary of state that permits an undeclared voter to vote with a Republican ballot? If so, please provide a copy of such notification.

Thank you for your time and immediate attention to this matter.

Sincerely,

*Karen Testerman*

Karen Testerman

Copy to Honorable David Scanlon, NH Secretary of State, via email

