# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 23-cv-00499*

## PLAINTIFF "WAYNE PAUL SAYA, Sr." EXHIBITS FOR THE AMENDED MOTION FOR EXPEDITED PRELIMINARY INJUNCTIVE RELIEF

**EXHIBITS**

A    Memorandum dated September 13, 2023, from Defendant David Scanlan, Secretary of State for New Hampshire, To: City and Town Clerks an Supervisors regarding the Presidential filing period and changing party affiliations.

B    Email dated October 9, 2023, from Defendant David Scanlan, Secretary of State for New Hampshire regarding attorney Norman Silber's request for information on permitting undeclared voter change in party affiliations.

    C    New Hampshire news article: "3,542 Democrats Switched to Independent So They Could "Interfere" in the NH Republican Primary"

    D    Letter on letterhead from Plaintiff Karen Testerman to Defendant Chris Ager requesting injunctive relief from Defendant David Scanlan, NH Sec of State, Republican primaries open to voters registered as undeclared.

SWORN TO AND SUBSCRIBED THIS 17th DAY OF NOVEMBER, UNDER PAINS & PENALTIES OF PERJURY.

_____
Wayne Paul Saya, Sr., Plaintiff, *pro se*
24 Cadogan Way
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344