UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

Karen Testerman, Lynn-Diane Briggs,       )
and Wayne Paul Saya, Sr.,                  )
                                           )
          Plaintiffs                       )
                                           )
     v.                                    )        Case No. 1:23-cv-499-JL-AJ
                                           )
NH Secretary of State David Scanlan and    )
Chris Ager, NH Republican State Committee, )
                                           )
          Defendants.                      )
_____      )

## DEFENDANT CHRIS AGER, CHAIR OF THE NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

The defendant Chris Ager, Chair of the New Hampshire Republican State Committee ("NHRSC"), moves to extend the deadline to answer or otherwise respond to the plaintiffs' complaint. This motion rests on the following grounds.

The NHRSC's lead attorney, Bryan Gould, learned of a family medical emergency today, December 6, 2023, that will require travel to Boston. The NHRSC's responsive pleading is due today, December 6, 2023. The NHRSC requests an extension of two days, to this Friday, December 8, 2023, to answer or move to dismiss the plaintiffs' complaint. This extension of two days will not prejudice any party, will not result in the continuance of any hearing, and good cause exists to grant this extension based on Attorney Gould's family medical emergency.

In accordance with Local Rule 7.1(c), counsel for the NHRSC sought each party's assent to the relief requested in this motion. The defendant, New Hampshire Secretary of State David M.

1

Scanlan, assented to the relief requested in this motion. All plaintiffs assented to the relief requested in this motion.

WHEREFORE, the defendant, NHRSC, respectfully requests that this court extend the deadline for NHRSC to answer or otherwise respond to the plaintiffs' complaint to Friday, December 8, 2023.

Respectfully submitted,

CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By His Attorneys,

Date: December 6, 2023                    /s/ Jacob M. Rhodes
                                          Bryan K. Gould, Esq. (NH Bar #8165)
                                          gouldb@cwbpa.com
                                          Jacob M. Rhodes, Esq. (NH Bar #274590)
                                          rhodesj@cwbpa.com
                                          Cleveland, Waters and Bass, P.A.
                                          Two Capital Plaza, Fifth Floor
                                          Concord, NH 03301
                                          Telephone: (603) 224-7761
                                          Facsimile:  (603) 224-6457

CERTIFICATE OF SERVICE

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket.  In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman  (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs  (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr.  (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062

Date: December 6, 2023                    /s/ Jacob M. Rhodes
                                          Jacob M. Rhodes, Esq.

2