RECEIVED - USDC -NH
2023 DEC 5 PM 12:38

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Karen Testerman, pro se

Lynn-Diane Briggs, pro se

Wayne Paul Saya, pro se

Plaintiffs

Vs

DAVID SCANLAN

SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,

Defendants

Docket No.23-cv-00499-JL-AJ

## MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE
## PLAINTIFF "KAREN TESTERMAN" IS CURRENTLY CHALLENGING DEFENDANT CHRIS AGER COUNSEL AS A CONFLICT OF INTEREST IN THIS CURRENT FEDERAL COURT ACTION.

I, Karen Testerman, pro se ("Plaintiff") hereby requests the court to take "Judicial Notice", in the following:

Whereas, I am the Merrimack County chairwomen and member of the Executive Committee of the New Hampshire Republican Committee.

Whereas, Defendant Chris Ager is the Chairman of the same New Hampshire Executive Committee.

Whereas, attorney Bryan K. Gould and Cleveland, Waters, and Bass, P.A. represent both Defendant Ager and the said Executive Committee.

Whereas, Defendant Ager confirmed at a recent Executive Committee meeting, while in my presence, that the Executive Committee of which he chair's is currently being sued.

<u>Whereas</u>, attorney Bryan K. Gould and Cleveland, Waters and Bass, P.A., represent both Defendant Ager and me as members of the NH Republican Executive Committee, while simultaneously representing Defendant Ager in a suit of which I am a party against him.

<u>Wherefore</u>, I believe there is a real conflict with attorney Bryan K. Gould representing Defendant Ager while simultaneously representing my interests as a member of the same Republican Executive committee.

<u>Therefore</u>, I wish for the court to be aware of this conflict, and that my actions regarding said conflict are also conflicted, where I am not comfortable in taking action against "any" attorney through the Professional Conduct Committee.

**SWORN TO AND SUBSCRIBED UNDER PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF DECEMBER, 2023.**

Respectfully submitted,

*/s/ Karen Testerman*

Karen Testerman, Plaintiff, pro se
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
603-934-7111

## CERTIFICATE OF SERVICE

I, Karen Testerman, pro se, have caused to deliver the named Plaintiffs the following: **Motion for the court to take judicial notice**, and the foregoing documents have been served upon the following Defendants and Plaintiffs, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican Party
ATTN: Attorney Bryan K. Gould
Cleveland, Waters, and Bass, P.A.
2 Capital Plaza
Concord, New Hampshire 03302-1137
gouldb@cwbpa.com
603-224-7761

Wayne Paul Saya, Sr., Plaintiff, *pro se*
24 Cadogan Way
Nashua, New Hampshire 03235
Wayne.saya2@gmail.com
571-220-3344 mobile

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 5th day of December, 2023.

*/s/ Karen Testerman*

Karen Testerman, Plaintiff, pro se
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@karentesterman.com
603-721-9933

1