RECEIVED - USDC -NH
2023 DEC 5 PM 12:38

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr., pro** *se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 23-cv-00499-JL-AJ*

**PLAINTIFF "LYNN-DIANE BRIGGS" MOTION FOR LEAVE REQUESTING THE COURT TO DISMISS HER NON-COMPLYING MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF AND ALLOW PLAINTIFF'S LATER-FILED MOTION OF THE SAME TITLE WITH ACCOMPANYING DECLARATION TO SERVE AS BEING SEPERATED FROM THE NON-COMPLYING CLASS.**

Now comes the Plaintiff, Lynn-Diane Briggs, *pro se*, in the above-entitled and number action, hereby moves this honorable court, where the Plaintiff motions that the joint motion incorporating all three of the Plaintiffs signatures (Pacer no. 2) be determined as non-complying under LR 5.2 Non-complying motion, and join this motion for non-compliance with Plaintiff's new Motion for Expedited Consideration for Preliminary Injunctive Relief and Accompanying Declaration, individual to the Plaintiff, and as allowed under Fed.R.Civ.P. 12(g) Joining Motions.

Where this initial Motion for Injunctive Relief (Pacer no. 2) should have been submitted by each Plaintiff individually, where the Plaintiffs are not a class;;

1

Where the Plaintiff believes this Motion for Leave of the Court to Withdraw from the joint motion (Pacer no. 2) for injunctive relief is appropriate, because the filing was non-conforming under LR 5.2 for pro se litigants.

Where the Plaintiff wrongly filed an Amended Motion for Expedited Injunctive Relief, (Pacer no. 10) when said Motion should have been filed as her initial Motion for injunctive relief, and

Where, submitting these two motions here together under Fed.R.Civ.P.12(g)  can cure the Plaintiff's mistake as a pro se litigant.

Wherefore, Plaintiff requests that the court accept/treat Plaintiff's recently filed Amended Motion as her initial motion for Expedited Injunctive Relief with memorandum as her initial filing.

Defendants have been notified of the Plaintiffs move to cure this defect, and have been emailed a copy of this motion upon filing with this court. Defendants have also been requested to assent to the Plaintiff's Motion to cure these defects.

Prayer for Relief

I pray the court will grant this motion for this Plaintiff's Motion for the relief sought, in the interest of justice, or for any reason this court may deem fair and just.

SWORN TO AND SUBSCRIBED UNDER PAIND AND PENALTIES OF PERJURY THIS 5TH DAY OF December, 2023.

Respectfully submitted,

Lynn-Diane Briggs

2

Lynn-Diane Briggs, Plaintiff, pro se
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

## CERTIFICATE OF SERVICE

I, Lynn-Diane Briggs, pro se, have caused to deliver the named Plaintiffs the following:
PLAINTIFF "LYNN-DIANE BRIGGS" MOTION FOR LEAVE REQUESTING THE
COURT TO DISMISS HER NON-COMPLYING MOTION FOR EXPEDITED
CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF AND ALLOW
PLAINTIFF'S LATER-FILED MOTION OF THE SAME TITLE WITH
ACCOMPANYING DECLARATION UNDER HER SEPERATED MOTION, and the
foregoing documents have been served upon the following Defendants and Plaintiffs,
certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican Party
ATTN: Attorney Bryan K. Gould
Cleveland, Waters, and Bass, P.A.
2 Capital Plaza
Concord, New Hampshire 03302-1137
gouldb@cwbpa.com
603-224-7761

Wayne Paul Saya, Sr., Plaintiff, *pro se*
24 Cadogan Way
Nashua, New Hampshire 03235
Wayne.saya2@gmail.com
571-220-3344 mobile

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03031
Karen@karentesterman.com
603-721-9933

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 5th day of December, 2023.

Lynn-Diane Briggs, Plaintiff, pro se
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886