UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KAREN TESTERMAN<br>LYNN-DIANE BRIGGS<br>and WAYNE PAUL SAYA SR.,<br><br>         Plaintiffs<br><br>   v.<br><br>DAVID SCANLAN, SECRETARY OF STATE<br>FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE<br>REPUBLICAN STATE COMMITTEE<br><br>         Defendants | Case No. 1:23-cv-00499-JL-AJ |

### DEFENDANTS CHRIS AGER AND THE NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S MOTION TO DISMISS

Defendants Chris Ager and the New Hampshire Republican State Committee, (jointly, the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., move to dismiss the plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In support of this motion, the NHRSC respectfully refers the court to its memorandum of law in support of its motion to dismiss.

WHEREFORE, the NHRSC respectfully moves that this court dismiss the plaintiffs' complaint because the plaintiffs' lack standing and they have failed to state a claim for which relief can be granted.

1

                                              Respectfully submitted,

                                              CHRIS AGER, NEW HAMPSHIRE
                                              REPUBLICAN STATE COMMITTEE
                                              By Their Attorneys,

Date: December 8, 2023                      /s/Jacob M. Rhodes
                                              Bryan K. Gould, Esq. (NH Bar #8165)
                                              gouldb@cwbpa.com
                                              Jacob M. Rhodes, Esq. (NH Bar #274590)
                                              rhodesj@cwbpa.com
                                              Cleveland, Waters and Bass, P.A.
                                              Two Capital Plaza, Fifth Floor
                                              Concord, NH 03302-1137
                                              Telephone: (603) 224-7761
                                              Facsimile:  (603) 224-6457


## CERTIFICATE OF SERVICE

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062


Date:  December 8, 2023                   /s/ Bryan K. Gould
                                              Bryan K. Gould, Esq.

4877-2558-2739, v. 1