# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

Vs

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 23-cv-00499-JL-AJ*

## PLAINTIFF WAYNE PAUL SAYA, SR. *PRO SE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND PRAYER FOR DECLARATORY AND PRELIMINARY INJUNCTIVE RELIEF

Now comes the Plaintiff, Wayne Paul Saya, Sr., *pro se*, in the above-entitled and number action, hereby motions this honorable court 'for leave' pursuant to Fed. R. Civ. P. 15(a), to amend my complaint for the reasons as follows:

<u>Leave is requested</u>, where Plaintiff is asking the court's permission to maintain the initial 'Affidavit' and 'Exhibit' filings in support of the initially filed complaint for this "AMENDED COMPLAINT AND PRAYER FOR DECLARATORY AND PRELIMINARY INJUNCTIVE RELIEF.

<u>Whereas</u>, the facts and the exhibits of the case have not changed.

<u>Whereas</u>, Plaintiff's Amended Complaint as described is submitted to cure violations in the federal rules of procedure and to otherwise clarify the Plaintiff's legal position.

1

Assent Requested: I have requested each of the Defendants and Plaintiffs, by-way-of email, for their assent to my Motion to Amend my complaint.

Prayer for Relief

Therefore, I pray the court will accept and approve my motion, in the interest of justice, or for any reason this court may deem fair and just.

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 10TH DAY OF DECEMBER, 2023.**

Respectfully submitted,

Wayne Paul Saya, Sr.
24 Cadogan Way
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

# CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., *pro se*, have caused to deliver the named Plaintiffs the following: PLAINTIFF WAYNE PAUL SAYA, SR. PRO SE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND PRAYER FOR DECLARATORY AND PRELIMINARY INJUNCTIVE RELIEF, and the foregoing documents have been served upon the following Defendants and Plaintiffs, via email and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican Party
ATTN: Attorney Bryan K. Gould
Cleveland, Waters, and Bass, P.A.
2 Capital Plaza
Concord, New Hampshire 03302-1137
gouldb@cwbpa.com
603-224-7761

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@karentesterman.com
603-721-9933

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 10th day of December, 2023.

*/s/ Wayne Paul Saya, Sr.*

Wayne Paul Saya, Sr.
24 Cadogan Way
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile