| | |
|---|---|
| **From:** | Wayne Saya |
| **To:** | Jadean Barthelmes |
| **Subject:** | From Wayne Saya Re: Defendants "assent" |
| **Date:** | Tuesday, December 12, 2023 3:54:58 PM |

**CAUTION - EXTERNAL:**

Dear Jadean -

Both Defendants have sent an email, dated Dec 11, 2023, at 3:14pm, "assenting to my motion to amend my complaint.

Wayne Saya, pro se
Plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.