| | |
|---|---|
| **From:** | lynbdance@gmail.com |
| **To:** | Jadean Barthelmes |
| **Subject:** | Assents to my motion for Joinder |
| **Date:** | Tuesday, December 12, 2023 7:47:36 AM |

CAUTION - EXTERNAL:

Good Morning,

Both Atty Gould and O ' Donnell have assented in writing to my request as shown below.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE
Karen Testerman, pro se Lynn-Diane Briggs,
pro se Wayne Paul Saya,Sr.,pro se Plaintiffs
 Vs DAVID SCANLAN
SECRETARY OF STATE FOR NEW HAMPSHIRE, et al, Defendants

Docket No.23-cv-00499-JL-AJ

MOTION BY PRO SE PLAINTIFF "LYNN-DIANE BRIGGS" FOR JOINDER AS A PRO SE PLAINTIFF IN THE AMENDED COMPLAINT OF WAYNE PAUL SAYA, SR. IN ABOVE-NAMED NON-CLASS ACTION

Thank you

Lynn- Diane Briggs


Sent from my iPad
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.