| | |
|---|---|
| **From:** | Karen |
| **To:** | Jadean Barthelmes |
| **Subject:** | Testerman et.al. vs. Scanlan et.al |
| **Date:** | Wednesday, December 13, 2023 1:06:01 PM |

**CAUTION - EXTERNAL:**

Dear Jadean,

I have received assent from both Defendant Attorneys to file my Leave and Amended Complaint.

Regards,

Karen Testerman
karen@karentesterman.com
(603) 721-9933

The information contained in this transmission may contain privileged and confidential information, protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.