U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 13 2023

FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr., pro** *se*

*Plaintiffs*

Vs

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

### MOTION BY *PRO SE* PLAINTIFF "LYNN-DIANE BRIGGS" FOR JOINDER AS A *PRO SE* PLAINTIFF IN THE AMENDED COMPLAINT OF <u>KAREN TESTERMAN</u> IN ABOVE-NAMED NON-CLASS ACTION

Pursuant to Federal Rule of Civil Procedure 19, Plaintiff, Lynn-Diane Briggs, *pro se*, "Plaintiff Briggs" respectfully moves to join as an individual plaintiff in the 'Amended Complaint' of pro se Plaintiff, Karen Testerman, in the above-named and numbered non-class action.

<u>In support of this motion the Plaintiff affirms the follows</u>:

In recently recognizing that a critical yet unintentional error was found during a weekend review of Plaintiff Saya's amended complaint, where the state has closed its only public law library at the NH Supreme court building for renovations, Plaintiff Briggs remains a person who is subject to service of process and whose joinder will not deprive the court of subject matter

1

jurisdiction, in that Plaintiff's absence, the court may not provide complete relief in the above-named action.

<u>Whereas</u>, Plaintiff Lynn-Diane Briggs "Plaintiff Briggs" is one of three original Plaintiffs in the above-named action, and claims an interest relating to the subject of the above-named action and is so situated that disposing of the action in her absence may as a practical matter impair or impede co-Plaintiff Karen Testerman's "Plaintiff Testerman" the ability in the Amended complaint to protect the interest; or leave both Plaintiff Testerman and Plaintiff Briggs subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

<u>Assent Requested</u>: Plaintiff has requested the Defendants in the above-named action for their assent to this motion, although the Plaintiff believes this may be a motion not requiring such.

<u>Prayer for Relief</u>

Therefore, Plaintiff Lynn-Diane Briggs, *pro se* Prays the court will join her as an individual plaintiff in the 'Amended Complaint' of Plaintiff, Karen Testerman., in this non-class action and in the interest of justice,

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF DECEMBER, 2023.**

Respectfully submitted,

*/s/ Lynn-Diane Briggs*

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

## CERTIFICATE OF SERVICE

I, Lynn-Diane Briggs, *pro se*, have caused to deliver the named Plaintiffs the following: MOTION BY *PRO SE* PLAINTIFF "LYNN-DIANE BRIGGS" FOR JOINDER AS A *PRO SE* PLAINTIFF IN THE AMENDED COMPLAINT OF KAREN TESTERMAN IN THE ABOVE-NAMED NON-CLASS ACTION, and the foregoing documents have been served upon the following Defendants and Plaintiffs, via email and U.S. postage pre-paid:

| | |
|---|---|
| David Scanlan, Defendant<br>Secretary of State of New Hampshire<br>ATTENTION: Brendan Avery O'Donnell<br>NH Department of Justice (Concord)<br>33 Capitol St<br>Concord, NH 03301<br>603-271-3650<br>Fax: 603-271-2110<br>Email: brendan.a.odonnell@doj.nh.gov | Chris Ager, Defendant<br>Chairman<br>New Hampshire Republican Party<br>ATTN: Attorney Bryan K. Gould<br>Cleveland, Waters, and Bass, P.A.<br>2 Capital Plaza<br>Concord, New Hampshire 03302-1137<br>gouldb@cwbpa.com<br>603-224-7761 |
| Wayne Paul Saya, Sr. Plaintiff, *pro se*<br>24 Cadogan Way<br>Nashua, New Hampshire 03235<br>Waynesaya2@gmail.com<br>571-220-3344 | Karen Testerman, Plaintiff, *pro se*<br>9 Stone Avenue<br>Franklin, New Hampshire 03031<br>Karen@karentesterman.com<br>603-721-9933 |

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 13th day of December, 2023.**

*/s/ Lynn-Diane Briggs*

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886