| | |
|---|---|
| **From:** | Lynn Briggs |
| **To:** | Jadean Barthelmes |
| **Cc:** | Karen Testerman; Wayne P. Saya |
| **Subject:** | ASSENT Received |
| **Date:** | Wednesday, December 13, 2023 3:44:17 PM |

CAUTION - EXTERNAL:

Good afternoon Jadean,

I have received assent from
both Attorney Gould and O'Donnell
On the motion to joinder with Karen Testerman's Amended motion.

Thank you

Lynn-Diane Briggs


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.