U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 13 2023

FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

**MOTION BY *PRO SE* PLAINTIFF "WAYNE PAUL SAYA, SR." FOR JOINDER AS A PLAINTIFF IN THE AMENDED COMPLAINT OF *PRO SE* PLAINTIFF <u>KAREN TESTERMAN</u> IN ABOVE-NAMED NON-CLASS ACTION**

Pursuant to Federal Rule of Civil Procedure 19, Plaintiff, Wayne Paul Saya, Sr., *pro se*, "Plaintiff Saya" respectfully moves to join as an individual plaintiff in the 'Amended Complaint' of pro se Plaintiff, Karen Testerman, in the above-named and numbered non-class action.

<u>In support of this motion the Plaintiff affirms the follows:</u>

I was recently notified by Plaintiff Karen Testerman of a critical but unintentional error found in my amended complaint, along with some minor clerical errors. I submit that I was compelled to use an outdated library of law books to develop my amended complaint, where the only state public law library located in the NH State Supreme court was recently closed for renovation. I submit I remain a person who is subject to service of process and whose joinder

1

will not deprive the court of subject matter jurisdiction, in that Plaintiff's absence, the court may not provide complete relief in the above-named action.

<u>Whereas</u>, I am one of three original Plaintiffs in the above-named action, and claim an interest relating to the subject of the above-named action and is so situated that disposing of the action in her absence may as a practical matter impair or impede co-Plaintiff Karen Testerman's "Plaintiff Testerman" the ability in the Amended complaint to protect the interest; or leave both Plaintiff Testerman and myself subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

<u>Assent Requested</u>: I have requested via email today the Defendants in the above-named action for their assent to this motion. .

<u>Prayer for Relief</u>

Therefore, Plaintiff Wayne Paul Saya, Sr., *pro se* Prays the court will join him as an individual plaintiff in the 'Amended Complaint' of Plaintiff, Karen Testerman, in this non-class action and in the interest of justice,

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF DECEMBER, 2023.**

Respectfully submitted,

*/s/ Wayne Paul Saya, Sr.*

Wayne Paul Saya, Sr., pro se
Plaintiff
24 Cadogan Way
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

## CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., *pro se*, have caused to deliver the named Plaintiffs the following: MOTION BY *PRO SE* PLAINTIFF "WAYNE PAUL SAYA, SR." FOR JOINDER AS A PLAINTIFF IN THE AMENDED COMPLAINT OF PRO SE PLAINTIFF KAREN TESTERMAN IN THE ABOVE-NAMED NON-CLASS ACTION, and the foregoing documents have been served upon the following Defendants and Plaintiffs, via email and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican Party
ATTN: Attorney Bryan K. Gould
Cleveland, Waters, and Bass, P.A.
2 Capital Plaza
Concord, New Hampshire 03302-1137
gouldb@cwbpa.com
603-224-7761

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03031
Karen@karentesterman.com
603-721-9933

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 13th day of December, 2023.**

*/s/ Wayne Paul Saya, Sr.*

Wayne Paul Saya, Sr., pro se
Plaintiff
24 Cadogan Way
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

3