UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Karen Testerman, et al, * | |
| * | |
| Plaintiffs, * | |
| v.  * | Civil No. 1:23-cv-00499-JL-AJ |
| * | |
| Secretary of State David M. Scanlan, et al, * | |
| * | |
| Defendants. * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT NEW HAMPSHIRE SECRETARY OF STATE'S
NOTICE OF JOINDER IN DEFENDANT CHRIS AGER'S MOTION TO EXTEND**

The Defendant, the New Hampshire Secretary of State David M. Scanlan (the "Secretary of State"), through counsel, joins in Defendant Chris Ager's, Chair of the New Hampshire Republican State Committee, partially-assented motion to extend the time for all Defendants to respond to Plaintiffs' amended motions for preliminary injunctive relief. See ECF 36.

Respectfully submitted,

Secretary of State David M. Scanlan

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: December 18, 2023

/s/ Brendan A. O'Donnell
Brendan A. ODonnell, Bar #268037
Assistant Attorney General
Election Law Unit
New Hampshire Department of Justice
1 Granite Place, Concord, NH 03301
brendan.a.odonnell@doj.nh.gov
603-271-1269

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent by ECF on December 18, 2023, to all parties of record. In addition, the following parties have been served by e-mail:

Karen Testerman (karen@karentesterman.com)
Lynn-Diane Briggs (lynbdance@gmail.com)
Wayne Paul Saya, Sr. (waynesaya2@gmail.com)

                                      /s/ Brendan A. O'Donnell
                                      Brendan A. O'Donnell