FILED - USDC -NH
2023 DEC 18 AM 10:15

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

Vs

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.23-cv-00499-JL-AJ*

## PLAINTIFF "KAREN TESTERMAN" MOTION FOR JOINDER IN THE AMENDED MEMORANDUM OF LAW OF PLAINTIFF WAYNE PAUL SAYA, SR., IN SUPPORT OF HIS AMENDED EXPEDITED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 19, Plaintiff, Karen Testerman, *pro se*, "Plaintiff Testerman" respectfully moves to join as an individual plaintiff in the AMENDED EXPEDITED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF of pro se Plaintiff, Wayne Paul Saya, Sr., in the above-named and numbered non-class action.

<u>In support of this motion the Plaintiff affirms the follows:</u>

In recently recognizing critical yet unintentional errors found within Plaintiff Saya's amended complaint, the supporting Memorandum of law has now been corrected by Plaintiff Saya to correspond with said amended complaint. Plaintiff Testerman remains the lead Plaintiff and a person who is subject to service of process and whose joinder will not deprive the court of

1

subject matter jurisdiction, in that Plaintiff's absence, the court may not provide complete relief in the above-named action.

<u>Whereas</u>, Plaintiff Karen Testerman "Plaintiff Testerman" is one of three original Plaintiffs in the above-named action, and claims an interest relating to the subject of the above-named action and is so situated that disposing of the action in her absence may as a practical matter impair or impede co-Plaintiff Wayne Paul Saya, Sr. "Plaintiff Saya" the ability in the Amended Motion for Expedited Injunctive Relief to protect the interest; or leave both Plaintiff Saya and Plaintiff Testerman subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

<u>Assent Requested</u>: Plaintiff has requested the Defendants in the above-named action for their assent to this motion, although the Plaintiff believes this may be a motion not requiring such.

<u>Prayer for Relief</u>

Therefore, Plaintiff Karen Testerman, *pro se* Prays the court will join her as an individual plaintiff in the 'Amended Expedited Motion for Injunctive Relief' of Plaintiff Saya, in this non-class action and in the interest of justice,

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF DECEMBER, 2023.**

Respectfully submitted,

*/s/ Karen Testerman*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03031
Karen@karentesterman.com
603-721-9933

2

## CERTIFICATE OF SERVICE

I, Karen Testerman, *pro se*, have caused to deliver the named Plaintiffs the following: PLAINTIFF "KAREN TESTERMAN" MOTION FOR JOINDER IN THE AMENDED MEMORANDUM OF LAW OF PLAINTIFF WAYNE PAUL SAYA, SR., IN SUPPORT OF HIS AMENDED EXPEDITED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF and the foregoing documents have been served upon the following Defendants and Plaintiffs, via email and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
ATTENTION: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican Party
ATTN: Attorney Bryan K. Gould
Cleveland, Waters, and Bass, P.A.
2 Capital Plaza
Concord, New Hampshire 03302-1137
gouldb@cwbpa.com
603-224-7761

Wayne Paul Saya, Sr. Plaintiff, *pro se*
24 Cadogan Way
Nashua, New Hampshire 03235
Waynesaya2@gmail.com
571-220-3344

Lynn-Diane Briggs, Plaintiff, pro se
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY** this 15th day of December, 2023.

*/s/ Karen Testerman*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03031
Karen@karentesterman.com
603-721-9933