| | |
|---|---|
| **From:** | Wayne Saya |
| **To:** | Jadean Barthelmes |
| **Cc:** | Wayne Saya; Lynn Briggs; Karen Testerman |
| **Subject:** | Re: Assent in Testerman v Sec of State |
| **Date:** | Tuesday, December 19, 2023 10:00:28 AM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Re: 23-cv-00499

Sent from Yahoo Mail for iPhone

On Tuesday, December 19, 2023, 9:43 AM, Jacob Rhodes <Rhodesj@cwbpa.com> wrote:

> Good morning, All,
>
> We do not assent to Mr. Saya's second amended motion for preliminary injunctive relief. We will assent to Ms. Testerman's and Ms. Briggs' motions to join in Mr. Saya's motion.
>
> Best,
> Jacob
>
> **Jacob Rhodes, Esq.**
> Attorney
> **CLEVELAND, WATERS AND BASS, P.A.**
> Affiliated with Granite State Title Services, LLC
>
> **Tel:** (603) 224-7761
> **Email:** rhodesj@cwbpa.com
> **Website:** www.cwbpa.com
> Two Capital Plaza, 5th Floor, Concord, NH 03301
> *With offices also in New London and Dover, NH.*
>
> 
>
> **STATEMENT OF CONFIDENTIALITY:** This email message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work-product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email and any attachment(s) is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system. Thank you.
>
> ---
>
> **From:** O'Donnell, Brendan <Brendan.A.Odonnell@doj.nh.gov>
> **Sent:** Tuesday, December 19, 2023 8:54 AM
> **To:** Karen <karen@karentesterman.com>; Bryan Gould <gouldb@cwbpa.com>
> **Cc:** Jacob Rhodes <Rhodesj@cwbpa.com>; Wayne Saya <wayne.saya@yahoo.com>; Wayne Saya <waynesaya2@gmail.com>; Lynn Briggs <lynbdance@gmail.com>
> **Subject:** RE: Assent
>
> Good morning Ms. Testerman,
>
> Please be advised that you used an incorrect e-mail address for attorney Gould (see

below).  I have copied him on this e-mail (Bryan Gould gouldb@cwbpa.com) .

-Brendan

---

**From:** O'Donnell, Brendan <brendan.a.odonnell@doj.nh.gov>
**Sent:** Tuesday, December 19, 2023 8:41 AM
**To:** Karen <karen@karentesterman.com>; Bryan K Gould <bryangould@comcast.net>
**Cc:** Rhodesj@cwbpa.com; Wayne Saya <wayne.saya@yahoo.com>; Wayne Saya <waynesaya2@gmail.com>; Lynn Briggs <lynbdance@gmail.com>
**Subject:** RE: Assent

Good morning Ms. Testerman,

I assent to your request to join in Mr. Saya's amended motion for preliminary relief.  Please note that I am not assenting to the relief requested in Mr. Saya's motion, I am only assenting to your request to join in his motion.

-Brendan

---

**From:** Karen <karen@karentesterman.com>
**Sent:** Monday, December 18, 2023 10:11 PM
**To:** O'Donnell, Brendan <brendan.a.odonnell@doj.nh.gov>; Bryan K Gould <bryangould@comcast.net>
**Subject:** Assent

> **EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Dear Attorney O'Donnell and Attorney Gould,

Please forgive my tardiness in relaying this email, but it has been a hectic day dealing with family issues.

Please find attached my 2nd Joinder Motion to join in on Plaintiff Saya's amended motion and memorandum.

Because this may be a dispositive motion, I do not believe a requisition for assent is necessary, however to err on the side of caution I am.

Sincerely,

Karen Testerman
karen@karentesterman.com
(603) 721-9933

The information contained in this transmission may contain privileged and confidential information, protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.