UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen Testerman, et al.

    v.                      Civ. No. 23-cv-499-JL-AJ

NH Secretary of State, et al.

**PROCEDURAL ORDER**

During the Case Management Conference held this date, the parties agreed to the following deadlines:

The plaintiffs shall respond to the defendants' arguments related to the plaintiffs standing in the pending motions to dismiss (Doc. Nos. 27 and 28) by **December 22, 2023**.

On or before **December 28, 2023,** the defendants shall respond to plaintiffs' Amended Complaint (Doc. No. 32) and plaintiffs' Motion for Preliminary Injunction (Doc. No. 40). Plaintiff's response to any of defendants' submissions is due on or before **January 4, 2024**.

SO ORDERED.

                                   _____
                                   Andrea K. Johnstone
                                   United States Magistrate Judge

December 21, 2023

cc:   Karen Testerman, pro se
       Lynn-Diane Briggs, pro se
       Wayne Paul Saya, Sr., pro se
       Brendan Avery O'Donnell, Esq.
       Bryan K. Gould, Esq.
       Jacob Rhodes, Esq.