FILED - USDC -NH
2023 DEC 28 PM 2:36

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 1:23-cv-00499-JL-AJ*

**WITNESS LIST OF *PRO SE* PLAINTIFFS KAREN TESTERMAN, LYNN-DIANE BRIGGS, AND WAYNE PAUL SAYA, SR. FOR HEARING ON THE MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF**

*Pro se* Plaintiffs, Karen Testerman, Lynn-Diane Briggs, and Wayne Paul Saya, Sr.,

hereby submit our witness list to the honorable court for the above-numbered and entitled action.

Accordingly, the names of witnesses have been placed in the order of their planned appearance.

## WITNESS LIST

1. Karen Testerman, <u>Plaintiff</u>, 9 Stone Avenue, Franklin, NH 03235 / 603-934-7111
   Merrimack County, NH Chairperson, Executive Committee Member of the NHRSC

2. Therese Bastarache, 7337 Oak Hill Road, Louden, NH 03307 / 603-717-1477
   NHRSC Member and former NHGOP Delegate.

3. Lynn-Diane Briggs, <u>Plaintiff</u>, 4 Golden Pond Road, Amherst, NH 03031 / 603-801-6886
   30+ year registered Republican voter and decades-long supporter of the Republican Platform.

4. Chris Ager, <u>Defendant</u>, 10 Water Street, Concord, NH 03301 / (603) 224-7761 (via Counsel)
   Chairman, NH Republican State Committee "NHRSC"

5. David Scanlan, <u>Defendant</u>, 107 Main Street, Concord, NH 03301 / 603-271-3650 (Counsel)
   New Hampshire Secretary of State and NH Chief Elections Officer

1

6. Donna Judge, 6 Blue Heron, Hampstead, NH 03841 / 603-498-9621
   Supervisor of the Check-list, Town of Hampstead, NH

7. Nikki McCarter, 75 Wild Acres Road, Belmont, NH 03220 / 603-303-8934
   State Representative, Belknap County

8. Paul Terry, 915 Stockbridge Corner, Alton, NH 03809 / 401-648-1607
   State Representative, Belknap County

9. Wayne P. Saya, Sr., <u>Plaintiff</u>, 24 Cadogan Way, Nashua, NH 02062 / 571-220-3344
   Retired Corp CEO, 40+ year Registered Republican and decades-long financial benefactor of the Republican Party.

10. Alyssa Ehl, 27 Barberry Street, Hooksett, NH 03106 / (603) 860-9139
    HooksettRepublicanCommittee@gmail,com
    NHRSC Executive Sub-Committee Member and Clerk of the Merrimack County Republican Committee

**<u>Additional Witnesses in Attendance if Required</u>**

11. Clayton D. Wood, 329 Catamont Road, Pittsfield, NH 03263 / 603-396-6663
    State Representative, Merrimack County

12. Patricia Jorgenson, 26 Twin Bridge Road, Northfield, NH 03276 / 774-218-5707
    NHRSC Member and NHGOP Delegate

13. Scott Maltzie, 57 Chandler Street, Boscawen 03303 / 603-738-0953
    Member NH

14. Alvin See, 64 Plateau Ridge Road, Loudon, NH 03303 / 603-738-0656
    State Representative, Merrimack County

15. Jason Gerhard, 30 Fellows Hill Road, Northfield, NH 03220 / 603-716-4632
    State Representative, Merrimack County

16. Cyril Ares, 17 Perry Brook Road, Chichester, NH 03258 / 603-715-4580
    State Representative, Merrimack County

17. Any Witnesses Called by any of the Defendants


Accordingly, selected WITNESSES will be listed in the Plaintiff's 'Exhibit and Witness List' (Fed. Court Form AO 187A) to indicate Plaintiff's anticipated entry for each Exhibit.

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 28th, day of December, 2023.**

*[signature: Karen Testerman]*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
571-220-3344 mobile

*[signature: Lynn-Diane Briggs]*

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

*[signature: Wayne Paul Saya, Sr.]*

Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

## CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., Plaintiff, *pro se*, have caused to deliver the named WITNESS LIST OF *PRO SE* PLAINTIFFS KAREN TESTERMAN, LYNN-DIANE BRIGGS, AND WAYNE PAUL SAYA, SR. FOR HEARING ON THE MOTION FOR EXPEDITED CONSIDERATION FOR PRELIMINARY INJUNCTIVE RELIEF, and the foregoing documents have been served upon the following Defendants by electronic mail:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
NH Republican State Committee
10 Water Street, Concord, NH 03301
By Counsel: Attorney Bryan Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Concord, NH 03302-1137
(603) 224-7761
gouldb@cwbpa.com

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 28th, day of December, 2023.**

*/s/ Karen Testerman*
Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
571-220-3344 mobile

*/s/ Lynn-Diane Briggs*
Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

*/s/ Wayne Paul Saya, Sr.*
Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile