UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*************************************
Karen Testerman, et al, *
*
Plaintiffs, *
v.                                                            * Case No. 1:23-cv-00499-JL-AJ
*
Secretary of State David M. Scanlan, et al, *
*
Defendants. *
*
*************************************

## MOTION TO WITHDRAW AS CO-COUNSEL
[partially assented to]

The undersigned hereby moves for entry of an order allowing the undersigned to withdraw as co-counsel for the Plaintiffs in this cause, alleging that (a) he has been discharged by one of them; and (b) he has been unable to come to an agreement as to a course of action and strategy with the other two plaintiffs.

The relief requested has been assented to by counsel for Defendant Ager, but the undersigned has not yet received notification of any position on same from counsel to Defendant Scanlan.

Respectfully submitted,

/s/ Norman J. Silber
Norman J. Silber
NH Bar # 18355
243 Mountain Drive
Gilford, NH 03249
Tel (603) 293-0565
Email: njs@silbersnh.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by ECF on January 1, 2024, to all parties of record. I hereby certify that a copy of the foregoing was sent by e-mail to all parties of record who are not registered ECF filers.

                                                  /s/ Norman J. Silber
                                                  **Norman J. Silber**