UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**************************************
**Karen Testerman, et al,** *
*
**Plaintiffs,** *
v.                                                            * Case No. 1:23-cv-00499-JL-AJ
*
**Secretary of State David M. Scanlan, et al,** *
*
**Defendants.** *
*
**************************************

[proposed} ORDER ON MOTION TO WITHDRAW AS CO-COUNSEL

The Court having considered the Motion to Withdraw as co-counsel to the Plaintiffs by Attorney Norman J. Silber and being fully advised in the premises, it is thereupon

ORDERED that said motion is hereby granted and Norman J Silber is hereby discharged as co-counsel to the Plaintiffs in this cause.

1