UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| KAREN TESTERMAN <br> LYNN-DIANE BRIGGS <br> and WAYNE PAUL SAYA SR., <br><br> Plaintiffs <br><br> v. <br><br> DAVID SCANLAN, SECRETARY OF STATE <br> FOR NEW HAMPSHIRE <br> and CHRIS AGER, NEW HAMPSHIRE <br> REPUBLICAN STATE COMMITTEE <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:23-cv-00499-JL-AJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS CHRIS AGER AND THE NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S STATUS REPORT FOR JANUARY 2, 2024, CONFERENCE WITH THE COURT**

Defendants Chris Ager and the New Hampshire Republican State Committee (jointly, the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby submit this status report in preparation for the January 2, 2024, conference with the court so that the court is apprised of events outside of the record that have a bearing on the scheduled conference.

1. On December 27, 2023, plaintiff Wayne Saya emailed Bryan Gould, counsel for the NHRSC, inquiring whether Mr. Gould would accept service of a subpoena upon Mr. Ager. Exhibit A.

2. Mr. Gould responded to Mr. Saya's email requesting a description of the information Mr. Saya wished to elicit from Mr. Ager that would be relevant to the subject matter

of the January 5, 2024, hearing on the plaintiffs' standing. Exhibit B. Mr. Saya did not respond to this inquiry.

3.       On December 28, 2023, the plaintiff Karen Testerman served a subpoena upon Mr. Ager through his counsel requiring the production of three categories of documents for the January 5, 2024, hearing under Rule 45(d)(2)(a). Exhibit C.[1]

4.       After receiving the subpoena on December 28, 2023, the NHRSC's counsel emailed Ms. Testerman requesting an explanation of how the requested documents are relevant to the January 5, 2024, hearing on the plaintiffs' standing. Exhibit D. Ms. Testerman did not respond to this email.

5.       On December 29, 2023, the plaintiffs filed a joint witness list for the January 5, 2024, hearing which listed Mr. Ager as a witness.[2] None of the plaintiffs have subpoenaed Mr. Ager to appear at the hearing.

6.       Also on December 29, 2023, the NHRSC served an objection to Ms. Testerman's subpoena pursuant to Fed. R. Civ. P. 45(d)(2)(B). Exhibit E. Ms. Testerman has not responded to the NHRSC's objection as provided by Fed. R. Civ. P. 45(d)(2)(B)(i) or otherwise.

---

[1] To date, only Ms. Testerman has served Mr. Ager with a subpoena.
[2] The witness list is captioned as a witness list for a hearing on a preliminary injunction. The January 5, 2024, hearing was changed to address only standing on December 26, 2023. The NHRSC understands the witness list to be for the January 5, 2024, hearing.

Respectfully submitted,

CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE
By Their Attorneys,

Date: January 2, 2024                    /s/Jacob M. Rhodes
                                         Bryan K. Gould, Esq. (NH Bar #8165)
                                         gouldb@cwbpa.com
                                         Jacob M. Rhodes, Esq. (NH Bar #274590)
                                         rhodesj@cwbpa.com
                                         Cleveland, Waters and Bass, P.A.
                                         Two Capital Plaza, Fifth Floor
                                         Concord, NH 03302-1137
                                         Telephone: (603) 224-7761
                                         Facsimile:  (603) 224-6457

CERTIFICATE OF SERVICE

I hereby certify that the within document is being served by email upon all counsel and parties of record. In addition, the following parties are being served by U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062


Date:  January 2, 2024                   /s/Jacob M. Rhodes
                                         Jacob M. Rhodes, Esq.


4864-2262-7482, v. 2