| | |
|---|---|
| **From:** | Bryan Gould |
| **To:** | Wayne Saya |
| **Cc:** | Jacob Rhodes |
| **Subject:** | Re: From Wayne Saya Re: |
| **Date:** | Wednesday, December 27, 2023 10:20:17 AM |

Wayne:

Let me see whether I can get authority to accept service. I will be back to you ASAP.

Best regards.

Bryan

> On Dec 27, 2023, at 9:23 AM, Wayne Saya <waynesaya2@gmail.com> wrote:
>
>
> Bryan -
>
> Because there are documents and questions beyond the scope of the authenticity question, in an effort to provide you more time, will you accept mail or in-hand service of Mr. Ager's subpoena as a witness rather than requiring the standard formal service through the court?
>
> Wayne Saya, Sr.
> 571-220-3344 mobile