| | |
|---|---|
| **From:** | Jacob Rhodes |
| **To:** | Karen Testerman |
| **Cc:** | lynbdance@gmail.com; Waynesaya2@gmail.com; Wayne Saya; Bryan Gould |
| **Subject:** | FW: From Wayne Saya Re: |
| **Date:** | Thursday, December 28, 2023 10:57:00 AM |

Ms. Testerman,

We are in receipt of the subpoena served at our offices to require Chris Ager to appear at the January 5th hearing. Although we did not agree to accept service of the subpoena prior to it being served, we will accept service on behalf of Chris Ager.

Upon review of the subpoena, however, it is not evident what Chris Ager could testify to that would be relevant to your standing or any of the other plaintiffs' standing. In line with our email to Mr. Saya, below, we are considering moving to quash the subpoena. We may reconsider this if you can explain what evidence you need from Chris Ager that would support your standing.

Best,
Jacob

-----Original Message-----
From: Bryan Gould <gouldb@cwbpa.com>
Sent: Wednesday, December 27, 2023 12:19 PM
To: Wayne Saya <waynesaya2@gmail.com>
Cc: Jacob Rhodes <Rhodesj@cwbpa.com>
Subject: Re: From Wayne Saya Re:

Wayne:

After thinking about this a bit, it is not evident to me what Chris could testify about that would be relevant to the question of the plaintiffs' standing. I will accept any subpoena you may wish to serve on him, but at this point I am contemplating a motion to quash the subpoena upon service. If you can explain what you need to elicit from Chris on the issue of your standing I may reconsider or suggest an alternate way to get in the evidence you need.

Best regards.

Bryan

> On Dec 27, 2023, at 9:23 AM, Wayne Saya <waynesaya2@gmail.com> wrote:
>
>
> Bryan -
>
> Because there are documents and questions beyond the scope of the authenticity question, in an effort to provide you more time, will you accept mail or in-hand service of Mr. Ager's subpoena as a witness rather than requiring the standard formal service through the court?
>
> Wayne Saya, Sr.
> 571-220-3344 mobile