UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KAREN TESTERMAN<br>LYNN-DIANE BRIGGS<br>and WAYNE PAUL SAYA SR.,<br><br>　　　　　　Plaintiffs<br><br>　v.<br><br>DAVID SCANLAN, SECRETARY OF STATE<br>FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE<br>REPUBLICAN STATE COMMITTEE<br><br>　　　　　　Defendants | Case No. 1:23-cv-00499-JL-AJ |

**<u>OBJECTION OF DEFENDANTS CHRIS AGER AND THE NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE TO KAREN TESTERMAN'S SUBPOENA DUCES TECUM UPON CHRIS AGER</u>**

　　Defendants Chris Ager ("Mr. Ager") and the New Hampshire Republican State Committee, by and through their attorneys, Cleveland, Waters and Bass, P.A., pursuant to Fed. R. Civ. P. 45(d)(2)(B), object to the subpoena to produce documents, information, or objects or to permit inspections of premises in a civil matter, served upon Mr. Ager by Karen Testerman, on the ground that the documents requested by the subpoena are irrelevant to the subject matter of the January 5, 2023 hearing on the plaintiffs' standing.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHRIS AGER, NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE<br>By Their Attorneys, |
| Date: December 29, 2023 | /s/Jacob M. Rhodes<br>Bryan K. Gould, Esq. (NH Bar #8165)<br>gouldb@cwbpa.com<br>Jacob M. Rhodes, Esq. (NH Bar #274590)<br>rhodesj@cwbpa.com<br>Cleveland, Waters and Bass, P.A.<br>Two Capital Plaza, Fifth Floor<br>Concord, NH 03302-1137<br>Telephone: (603) 224-7761<br>Facsimile: (603) 224-6457 |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the within document is being served by email upon all counsel and parties of record. In addition, the following parties are being served by U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062

|  |  |
|---|---|
| Date: December 29, 2023 | /s/Jacob M. Rhodes<br>Jacob M. Rhodes, Esq. |

4888-3596-1753, v. 1