UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Karen Testerman, et al              *
                                    *
        Plaintiffs,                 *
    v.                              *   Civil No. 1:23-cv-00499-JL-AJ
                                    *
Secretary of State David M. Scanlan, et al  *
                                    *
        Defendants.                 *
                                    *
*************************************
```

### SECRETARY OF STATE'S WITNESS LIST
### FOR JANUARY 5, 2024, JURISDICTIONAL HEARING

The Defendant, New Hampshire Secretary of State David M. Scanlan (the "Secretary of State"), through his counsel, the New Hampshire Office of the Attorney General, submits the following witness list for the January 5, 2024, hearing, pursuant to the Court's December 26, 2023, Order (Document 48).

**Secretary of State's Witness List:**

1. None.

                                        Respectfully submitted,

                                        David M. Scanlan,
                                        New Hampshire Secretary of State

                                        By his attorney,

                                        THE OFFICE OF THE ATTORNEY GENERAL

Dated: January 3, 2024              /s/ Brendan A. O'Donnell
                                                      Brendan A. O'Donnell, Bar #268037
                                                      Assistant Attorney General
                                                      Election Law Unit
                                                      Office of the Attorney General

1 Granite Place South
Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
603-271-1269

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on January 3, 2024, to all parties of record.  I hereby certify that a copy of the foregoing was sent by e-mail to all parties of record who are not registered ECF filers.


/s/ Brendan A. O'Donnell
Brendan A. O'Donnell