UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| KAREN TESTERMAN<br>LYNN-DIANE BRIGGS<br>and WAYNE PAUL SAYA SR., | )<br>)<br>)<br>) |  |
| Plaintiffs | )<br>) |  |
| v. | )<br>) | Case No. 1:23-cv-00499-JL-AJ |
| DAVID SCANLAN, SECRETARY OF STATE<br>FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE<br>REPUBLICAN STATE COMMITTEE | )<br>)<br>)<br>)<br>) |  |
| Defendants | )<br>) |  |

# DEFENDANTS CHRIS AGER AND THE NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S WITNESS LIST FOR JANUARY 5, 2024 HEARING

Defendants Chris Ager and the New Hampshire Republican State Committee, by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby submit this witness list.

## Witness List

1. Any witnesses called by plaintiffs.

2. Any witnesses called by the New Hampshire Secretary of State.

1

Respectfully submitted,

CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By Their Attorneys,

Date: January 3, 2024    /s/Jacob M. Rhodes
Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
Telephone: (603) 224-7761
Facsimile:  (603) 224-6457

CERTIFICATE OF SERVICE

I hereby certify that the within document is being served by email upon all counsel and parties of record. In addition, the following parties are being served by U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062


Date:  January 3, 2024    /s/Jacob M. Rhodes
Jacob M. Rhodes, Esq.

4888-6287-9130, v. 1