# Jadean Barthelmes

| | |
|---|---|
| **From:** | Wayne Saya <waynesaya2@gmail.com> |
| **Sent:** | Wednesday, January 3, 2024 11:55 PM |
| **To:** | Jadean Barthelmes |
| **Cc:** | Bryan Gould; O'Donnell, Brendan; Jacob Rhodes; Karen Testerman; Lynn Briggs; Wayne Saya |
| **Subject:** | From Wayne Saya Re: Filings |
| **Attachments:** | STANDING.pdf; WITNESS LIST1.pdf |

**CAUTION - EXTERNAL:**

Dear Jadean:

The Parties here at my home have been having an issue with the electronic filing. It appears to have something to do with the browser. I apologize for this back-door filing, but using the COVID filing approach (via the Clerk) was the only way I could get these documents filed timely.

ATTACHED please find the Memorandum of Law and the Witness List, due electronically before midnight, for this Friday morning's hearing.

I have sent a copy to each of the Defendants via this email.

I thank you kindly,
Wayne P. Saya, Sr.
Karen Testerman
Lynn-Diane Briggs

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.