# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 1:23-cv-00499-JL-AJ*

### WITNESS LIST OF *PRO SE* PLAINTIFFS KAREN TESTERMAN, LYNN-DIANE BRIGGS, AND WAYNE PAUL SAYA, SR. FOR HEARING ON STANDING

*Pro se* Plaintiffs, Karen Testerman, Lynn-Diane Briggs, and Wayne Paul Saya, Sr., hereby submit our witness list to the honorable court for the above-numbered and entitled action.

.

## WITNESS LIST

1. Karen Testerman, <u>Plaintiff</u>, 9 Stone Avenue, Franklin, NH 03235 / 603-934-7111
   Merrimack County, NH Chairperson, Executive Committee Member of the NHRSC

2. Lynn-Diane Briggs, <u>Plaintiff</u>, 4 Golden Pond Road, Amherst, NH 03031 / 603-801-6886
   30+ year registered Republican voter and decades-long supporter of the Republican Platform.

3. Donna Judge, 6 Blue Heron, Hampstead, NH 03841 / 603-498-9621
   Supervisor of the Check-list, Town of Hampstead, NH

4. Nikki McCarter, 75 Wild Acres Road, Belmont, NH 03220 / 603-303-8934
   State Representative, Belknap County

1

5. Wayne P. Saya, Sr., <u>Plaintiff</u>, 24 Cadogan Way, Nashua, NH 02062 / 571-220-3344
   Retired Corp CEO, 40+ year Registered Republican and decades-long financial benefactor of the Republican Party.

6. Any Witnesses Called by any of the Defendants

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 3RD, day of January, 2024.**

/s/  Karen Testerman                            /s/  Lynn-Diane Briggs

Karen Testerman, Plaintiff, *pro se*            Lynn-Diane Briggs, Plaintiff, *pro se*
9 Stone Avenue                                  4 Golden Pond Lane
Franklin, New Hampshire 03235                   Amherst, New Hampshire 03031
Karen@KarenTesterman.com                        Lynbdance@gmail.com
571-220-3344 mobile                             603-801-6886


/s/  Wayne Paul Saya, Sr.

Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

# CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., Plaintiff, *pro se*, have caused to deliver the named WITNESS LIST OF *PRO SE* PLAINTIFFS KAREN TESTERMAN, LYNN-DIANE BRIGGS, AND WAYNE PAUL SAYA, SR. FOR HEARING ON STANDING and the foregoing documents have been served upon the following Defendants by electronic mail:

| | |
|---|---|
| David Scanlan, Defendant | Chris Ager, Defendant |
| Secretary of State of New Hampshire | Chairman |
| C/O: Brendan Avery O'Donnell | NH Republican State Committee |
| NH Department of Justice (Concord) | 10 Water Street, Concord, NH 03301 |
| One Granite Place South | By Counsel: Attorney Bryan Gould |
| Concord, NH 03301 | Cleveland, Waters and Bass, P.A. |
| 603-271-3650 | 2 Capital Plaza, Concord, NH 03302-1137 |
| Fax: 603-271-2110 | (603) 224-7761 |
| Email: brendan.a.odonnell@doj.nh.gov | gouldb@cwbpa.com |

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 3RD, day of January, 2024.**


/s/  Karen Testerman                              /s/  Lynn-Diane Briggs


Karen Testerman, Plaintiff, *pro se*         Lynn-Diane Briggs, Plaintiff, *pro se*
9 Stone Avenue                                         4 Golden Pond Lane
Franklin, New Hampshire 03235            Amherst, New Hampshire 03031
Karen@KarenTesterman.com               Lynbdance@gmail.com
571-220-3344 mobile                               603-801-6886


/s/  Wayne Paul Saya, Sr.

Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile