UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JAN 05 2024
FILED

Karen Testerman, et al

v.

NH Secretary of State, et al

Case # 23-cv-499-JL-AJ

# EXHIBITS

OFFERED BY: Plaintiffs Testerman, Briggs and Saya

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | SEPT. 13, 2023 Memorandum TO: City and Town Clerks and Supervisors of the Checklist FROM: David M. Scanlan |
| 2 | OCT. 9, 2023 Email From: David Scanlan To: Norman Silber Subject: 659:14 & 91A |
| 3 | OCT 12, 2023 Email From: Karen Testerman To: Lynn Briggs Regarding Sec. of State Answer to Norman Silber |
| 4 (ID) | COPY OF NH Rev. Stat. §659:14 which is the subject of Exhibits 1, 2 and 3. POSTER 24X36 |
| 5 (ID) | Oct 6, 2023 Email From: Karen Testerman To: NHRSC Chairman Chris Ager Re: Party Rules and Notification. |
| 6 (ID) | Oct 5, 2023 Email From: Karen Testerman To: NHRSC Chairman Chris Ager Re: 669:14-II (Error in RSA Number) |
| 7 (ID) | NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE "NHRSC" ARTICLES OF INCORPORATION AS A DOMESTIC NON-PROFIT |
| 8 (ID) | OCT 26, 2023 NEWS ARTICLE REGARDING SECRETARY OF STATE DAVID SCANLAN AND KAREN TESTERMAN |
| 9 (ID) | OCT 11, 2023 NEWS ARTICLE BY ETAN DEWITT RE: 4,000 DEMOCRAT VOTES SWITCHED TO UNDECLARED. |
| 10 (ID) | NEW HAMPSHIRE SECRETARY OF STATE WEBSITE THAT INDICATES OCT. 6, 2023 IS THE LAST DAY TO CHANGE PARTY AFFILIATIONS. |
| 11 (ID) | OCT. 23, 2023 EMAIL FROM: Karen Testerman TO: David Scanlan Regarding Clarification of Upcoming Primaries |
| 12 (ID) | NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE "NHRSC" BYLAWS |

USDCNH-25 (2-96)