# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 05 2024

**FILED**

Karen Testerman, et al.

**v.**
NH Secretary of State, et al.

Case #  23-cv-499-JL-AJ

# EXHIBITS

**OFFERED BY:** Defendant NH Republican State Committee

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| NHRSC-A (id) | Dec. 19, 2023 Letter from Karen Testerman to NHRSC Executive Committee Members |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)