UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Karen Testerman, et al.

    v.

                                    Case No. 23-cv-499-JL-AJ
NH Secretary of State, et al.



JUDGMENT


    Judgment is hereby entered in accordance with the Order of Judge

Joseph N. Laplante dated January 9, 2024.


                                    By the Court:


                                    _____
                                    Daniel J. Lynch
                                    Clerk of Court

Date: January 9, 2024

cc:  Karen Testerman, pro se
     Lynn-Diane Briggs, pro se
     Wayne Paul Saya, Sr., pro se
     Brendan Avery O'Donnell, Esq.
     Bryan K. Gould, Esq.
     Jacob Rhodes, Esq.