UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____ )
KAREN TESTERMAN                          )
LYNN-DIANE BRIGGS                        )
and WAYNE PAUL SAYA SR.,                 )
                                         )
                 Plaintiffs              )
                                         )
        v.                               )          Case No. 1:23-cv-00499-JL-AJ
                                         )
DAVID SCANLAN, SECRETARY OF STATE        )
FOR NEW HAMPSHIRE                        )
and CHRIS AGER, NEW HAMPSHIRE            )
REPUBLICAN STATE COMMITTEE               )
                                         )
                 Defendants.             )
_____ )

**CHRIS AGER AND NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S
JOINDER IN, AND SUPPLEMENTAL AUTHORITY IN SUPPORT OF,
SECRETARY OF STATE'S OBJECTION TO PLAINTIFFS'
MOTION TO ALTER OR AMEND JUDGMENT**

        Defendants Chris Ager and the New Hampshire Republican State Committee, (jointly,

the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby join in

the New Hampshire Secretary of State's objection to plaintiffs' motion to alter or amend

judgment and submit the below supplemental authority in support thereof.

        Plaintiffs Wayne Saya and Lynn-Diane Briggs have moved this court to alter or amend its

order dismissing the plaintiffs' complaint for lack of standing. *See* Doc. No. 70. The justification

for such request, in part, relies on purportedly new evidence which the plaintiffs claim supports

their standing in this lawsuit. *See* Doc. No. 70 at 2-3. Regardless of whether such evidence could

1

support the plaintiffs' theory of standing, the evidence was not in existence at the time the

plaintiffs amended their complaint and cannot be considered in the standing inquiry.

As the First Circuit recently held in *Castro v. Scanlan*, standing is assessed based on "the

facts as they existed at the time the [operative] complaint was filed." 86 F.4th 947, 954 (1st Cir.

2023) (quoting *Steir v. Girl Scouts of the USA*, 383 F.3d 7, 15 (1st Cir. 2004)). The facts the

plaintiffs raise all relate to the fact that the election has occurred. *See* Doc. No. 70 at 2-3. The

operative complaint was filed on December 13, 2023, and was accepted by the court as the

operative complaint on December 21, 2023. *See* Doc. No. 45. Either of these dates occurred well

before any of the newly-presented evidence came into existence. Regardless of whether this new

evidence supports plaintiffs' standing, it would be improper for this court to consider such

evidence based on *Castro*.

Respectfully submitted,

CHRIS AGER AND THE NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By Their Attorneys,

Date: February 1, 2024          /s/ Jacob M. Rhodes
                                Bryan K. Gould, Esq. (NH Bar #8165)
                                gouldb@cwbpa.com
                                Jacob M. Rhodes, Esq. (NH Bar #274590)
                                rhodesj@cwbpa.com
                                Cleveland, Waters and Bass, P.A.
                                Two Capital Plaza, Fifth Floor
                                Concord, NH 03301
                                Telephone: (603) 224-7761
                                Facsimile:  (603) 224-6457

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062


Date:  February 1, 2024          /s/ Jacob M. Rhodes
                                 Jacob M. Rhodes, Esq.


4877-7775-1969, v. 1