FILED - USDC -NH
2024 FEB 2 AM 9:21

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**

**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 1:23-cv-00499-JL-AJ*

## NOTICE: DEMAND FOR CORRECTION OF DOCKET ENTRY

Now comes Plaintiff, Karen Testerman, "plaintiff Testerman" *pro se,* individually and as "Plaintiffs" hereby provide notice that the court has made a clerical error in the electronic PACER docket   The plaintiffs are not suing the New Hampshire Republican State Committee of which plaintiff Testerman is a member, but an individual of the party for his misuse of his authority.  This is an important distinction.  Therefore plaintiff Testerman moves the court to ask the clerk to correct the electronic PACER dockets to properly reflect the individual as the defendant.

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 2ND DAY OF FEBRUARY, 2024.

Respectfully submitted:

*[signature: Karen Testerman]*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
603 721-9933

## CERTIFICATE OF SERVICE

I, Karen Testerman., Plaintiff, *pro se*, have caused to deliver the named, NOTICE; DEMAND FOR CORRECTION OF DOCKET ENTRY, and the foregoing documents have been served upon the following Defendants and Plaintiffs, electronically and/or mail with U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman NH Republican State Committee
10 Water Street, Concord, NH 03301
By Counsel: Attorney Bryan Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Concord, NH 03302-1137
(603) 224-7761
gouldb@cwbpa.com

Wayne Paul Saya, Sr. Plaintiff, *pro se*
Waynesaya2@gmail.com
24 Cadogan Road
Nashua, New Hampshire 03062
571-220-3344 mobile

Lynn-Diane Briggs, Plaintiff, *pro se*
Lynbdance@gmail.com
4 Golden Pond Lane
Amherst, New Hampshire 03031
603-801-6886

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 2nd day of February, 2024.**

*/s/ Karen Testerman/*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
571-220-3344 mobile