| | |
|---|---|
| **From:** | Bryan Gould |
| **To:** | Jadean Barthelmes |
| **Cc:** | Wayne Saya; Lynn Briggs; Karen; Brendan O"Donnell; Jacob Rhodes |
| **Subject:** | Docket No. 1:23-cv-00499-JL-AJ |
| **Date:** | Tuesday, February 6, 2024 8:33:28 AM |

CAUTION - EXTERNAL:

Jadean:

Mr. Saya emailed us the motion he and Ms. Briggs filed yesterday seeking to be excused from the late filing of what they call their "sur-reply." The New Hampshire Republican State Committee and Chris Ager have no objection to the late filing and assent to the motion seeking excusal.

Regards.

Bryan Gould
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.