UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| KAREN TESTERMAN,<br>LYNN-DIANE BRIGGS,<br>and WAYNE PAUL SAYA, SR.,<br><br>Plaintiffs<br><br>v.<br><br>DAVID SCANLAN, SECRETARY OF STATE<br>FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE<br>REPUBLICAN STATE COMMITTEE<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-cv-00499-JL-AJ |

### CHRIS AGER AND NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S OBJECTION TO PLAINTIFF KAREN TESTERMAN'S MOTION TO ALTER OR AMEND JUDGMENT

Defendants Chris Ager and the New Hampshire Republican State Committee, (jointly, the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby object to plaintiff Karen Testerman's motion to alter or amend judgment and state as follows in support thereof.

Ms. Testerman has moved the court to alter or amend its order dismissing the complaint for lack of standing. *See* Doc. No. 73. Ms. Testerman's motion is substantially a carbon copy of her co-plaintiffs' motion to alter or amend the court's order. *Compare* Doc. No. 70 *with* Doc. No. 73. In an effort to not submit duplicative papers, the NHRSC hereby objects to Ms. Testerman's motion on the same grounds as the New Hampshire Secretary of State's objection (Doc. No. 71) and the NHRSC's joinder (Doc. No. 72).

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHRIS AGER AND THE NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE, By Their Attorneys, |
| Date: February 12, 2024 | /s/ Jacob M. Rhodes<br>Bryan K. Gould, Esq. (NH Bar #8165)<br>gouldb@cwbpa.com<br>Jacob M. Rhodes, Esq. (NH Bar #274590)<br>rhodesj@cwbpa.com<br>Cleveland, Waters and Bass, P.A.<br>Two Capital Plaza, Fifth Floor<br>Concord, NH 03302-1137<br>Telephone: (603) 224-7761<br>Facsimile:  (603) 224-6457 |

## CERTIFICATE OF SERVICE

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062


Date:  February 12, 2024                            /s/ Jacob M. Rhodes
                                                                         Jacob M. Rhodes, Esq.


4877-7775-1969, v. 2