UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KAREN TESTERMAN<br>LYNN-DIANE BRIGGS<br>and WAYNE PAUL SAYA SR.,<br><br>        Plaintiffs<br><br>  v.<br><br>DAVID SCANLAN, SECRETARY OF STATE<br>FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE<br>REPUBLICAN STATE COMMITTEE<br><br>        Defendants | Case No. 1:23-cv-00499-JL-AJ |

**NOTICE OF ASSENT**

Defendants Chris Ager and the New Hampshire Republican State Committee, (the "State Committee" and, jointly with Mr. Ager, the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby assent to plaintiffs' motion for voluntary dismissal of defendant Chris Ager, without prejudice. To further clarify the assent the NHRSC states as follows.

Plaintiffs Mr. Saya and Ms. Briggs filed a motion purporting to dismiss their complaint against Chris Ager in his individual and official capacity. *See* Doc. No. 80 at 1. Counsel for the NHRSC emailed plaintiffs to clarify whether the dismissal was being sought as to the State Committee or just Mr. Ager. *See* Emails between parties, attached hereto as Exhibit A. Mr. Saya and Ms. Briggs clarified that the dismissal was being sought against both the State Committee and Mr. Ager. *See* Exhibit A. With that understanding of plaintiffs' intent, the NHRSC assents to Mr. Saya's and Ms. Briggs' motion.

1

Respectfully submitted,

CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By Their Attorneys,

Date: March 29, 2024          /s/ Jacob M. Rhodes
Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03302-1137
Telephone: (603) 224-7761
Facsimile:  (603) 224-6457

## CERTIFICATE OF SERVICE

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

Lynn-Diane Briggs (lynbdance@gmail.com)
4 Golden Pond Lane
Amherst, NH 03031

Wayne Paul Saya, Sr. (waynesaya2@gmail.com)
24 Cadogan Way
Nashua, NH 03062


Date:  March 29, 2024          /s/ Jacob M. Rhodes
                               Jacob M. Rhodes, Esq.

4895-2898-7826, v. 2