**From:** Wayne Saya
**To:** Bryan Gould
**Cc:** Lynn Briggs; Jacob Rhodes; O"Donnell, Brendan; Karen Testerman; Jadean Barthelmes
**Subject:** Re: FW: Activity in Case 1:23-cv-00499-JL-AJ Testerman et al v. NH Secretary of State et al Motion to Dismiss
**Date:** Wednesday, March 13, 2024 4:31:34 PM

Bryan - You are correct.

Wayne Saya, plaintiff
/Lynn-Diane Briggs, plaintiff

On Wed, Mar 13, 2024 at 4:03 PM Bryan Gould <gouldb@cwbpa.com> wrote:

> Wayne and Lynn:
>
> Thank you for filing this motion. As I understand it, you intend to dismiss the claims against both Chris Ager and the NHRSC without prejudice. If my understanding is correct I will notify the court of our assent to the motion.
>
> Karen:
>
> I note that you have not joined in this motion. Please let me know whether you are prepared to join in it.
>
> Best regards.
>
> Bryan
>
> ---
>
> **From:** ecf_bounce@nhd.uscourts.gov <ecf_bounce@nhd.uscourts.gov>
> **Sent:** Wednesday, March 13, 2024 3:31 PM
> **To:** nef@nhd.uscourts.gov
> **Subject:** Activity in Case 1:23-cv-00499-JL-AJ Testerman et al v. NH Secretary of State et al Motion to Dismiss
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 3/13/2024 at 3:31 PM EDT and filed on 3/13/2024

| | |
|---|---|
| **Case Name:** | Testerman et al v. NH Secretary of State et al |
| **Case Number:** | [1:23-cv-00499-JL-AJ](#) |
| **Filer:** | Lynn-Diane Briggs |
| | Wayne Paul Saya, Sr |

**WARNING: CASE CLOSED on 01/09/2024**

**Document Number:** [80](#)

**Docket Text:**
**Plaintiff's Motion for Voluntary Dismissal of Defendant Chris Ager, Without Prejudice filed by Lynn-Diane Briggs, Wayne Paul Saya, Sr.Follow up on Objection on 3/27/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jb)**

**1:23-cv-00499-JL-AJ Notice has been electronically mailed to:**

Brendan Avery O'Donnell    brendan.a.odonnell@doj.nh.gov, DOJ-CivilBureaucourts@doj.nh.gov, jill.tekin@doj.nh.gov

Bryan K. Gould    gouldb@cwbpa.com, barnardb@cwbpa.com, tomaoc@cwbpa.com

Jacob Rhodes    rhodesj@cwbpa.com, barnardb@cwbpa.com, sansr@cwbpa.com

Karen Testerman    karen@karentesterman.com

Lynn-Diane Briggs    lynbdance@gmail.com

Norman Jules Silber (Terminated)    njs@silbersnh.com

**1:23-cv-00499-JL-AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Wayne Paul Saya, Sr
24 Cadogan Way
Nashua, NH 03062

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=3/13/2024] [FileNumber=2774382-0
] [743be829935f9d2ec9b4e34f30c171ebce88ee0aaf133ebc86b82ca4a185da03489
52960eaff9fd176938b772a655cd34f6c1919926a7dd7f4a2ed652ffac6c5]]