FILED - USDC -NH
2024 MAR 29 PM 12:28

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Karen Testerman,** *pro se*

**Lynn-Diane Briggs,** *pro se*

**Wayne Paul Saya, Sr.,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 1:23-cv-00499-JL-AJ*

## PLAINTIFFS WAYNE PAUL SAYA, SR. AND LYNN-DIANE BRIGGS JOINT NOTICE OF APPEAL UNDER FEDERAL RULES OF APPELLATE PROCEDURE 3(b)(1), AND FOR EXPEDITED RELIEF FROM JUDGEMENT.

Notice is given where Plaintiffs Wayne Paul Saya, Sr. and Lynn-Diane Briggs "Plaintiffs" hereby Appeal to the United States Court of Appeals for the First Circuit from the District Court, (*U.S. Dist. Judge, Joseph N. Laplante*) "Order On Motion To Dismiss" (*Pacer doc. 67*) Plaintiffs Complaint (*Pacer doc. 1*) for lack of 'Standing', and as a result failing to state a claim upon which relief can be granted, entered in the above numbered action on January 9, 2024.

On March 1, 2024, the honorable *Laplante, J.,* DENIED the above-plaintiffs motion to 'Alter or Amend Judgement' pursuant to Fed. R.Civ.P. 59(e), *(Pacer doc. no. 79).*

Whereas, 'voluntary dismissal' was filed by the above-named plaintiffs on March 13, 2024, (*Pacer doc. No. 80*), against defendant Chris Ager and the New Hampshire Republican State Committee "NHRSC", prior to this 'Notice'.

Whereas, pursuant to the upcoming New Hampshire Federal Elections and those thereafter along with time-constraints of this action, plaintiffs will be seeking accelerated consideration from Judgement within this appeal.

Wherefore, plaintiffs intend to file their brief in support of their appeal within 30-days of this notice.

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 28TH DAY OF MARCH, 2024.**

Respectfully submitted,

Wayne Paul Saya, Sr. Plaintiff, *pro se*
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobil

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

2

## CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., Plaintiff, *pro se*, have caused to deliver the named, . PLAINTIFFS WAYNE PAUL SAYA, SR. AND LYNN-DIANE BRIGGS JOINT NOTICE OF APPEAL UNDER FEDERAL RULES OF APPELLATE PROCEDURE 3(b)(1), AND FOR EXPEDITED RELIEF FROM JUDGEMENT, and the foregoing documents have been served upon the following Defendants and Plaintiffs, electronically and/or certified mail with U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
NH Republican State Committee
10 Water Street, Concord, NH 03301
By Counsel: Attorney Bryan Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Concord, NH 03302-1137
(603) 224-7761
gouldb@cwbpa.com

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 28TH DAY OF MARCH, 2024.**

Wayne Paul Saya, Sr. Plaintiff, *pro se*
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

3