UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 23-cv-499-JL-AJ

2. TITLE OF CASE: Testerman, et al. v. NH Secretary of State, et al.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **January 9, 2024**

8. DATE OF NOTICE OF APPEAL: **March 29, 2024**

9. FEE PAID or IFP : YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES:

    Liza Dubois        1/16/2024
                       1/5/2024

    Brenda Hancock     1/2/24

12. TRANSCRIPTS ORDERED/ON FILE:   Yes for 1/16/24 Evidentiary Hearing (#69)

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: YES  (Plaintiff's Motion for Voluntary Dismissal of Defendant Chris Ager – doc. no. #80)

15. GUIDELINES CASE: Not Applicable